UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

MARK JENNINGS,                    )
                                  )
      Plaintiff,                 )
                                  )
      vs.                        ) No. 03-4087
                                  )
STATE OF ILLINOIS, by its         )
Departmental Unit, THE ILLINOIS   )
DEPARTMENT OF CORRECTIONS,         )
                                  )
      Defendant.                 )

## <u>MOTION FOR EXTENSION OF TIME IN WHICH TO COMPLETE DISCOVERY</u>

Now comes plaintiff, Mark W. Jennings, by and through his attorneys, Katz, Huntoon & Fieweger, P.C., and hereby moves pursuant to Federal Rules of Civil Procedure 16 and 26 for an extension of the pre-trial deadlines and, in particular, the discovery deadlines in the above-captioned cause of action and in support thereof states as follows:

1.  That there is presently in effect a Scheduling Order in the above-captioned cause of action which sets as a deadline for completion of discovery of January 15, 2005.

2.  That plaintiff has not received answers to his Request for Production of Documents propounded to the State of Illinois which were propounded on July 23, 2004. Exhibit 1, a true and correct copy of the Notice of Service of Interrogatories and Request

2

for Production of Documents, and Exhibit 2, a true and correct copy of the Request for

Production of Documents, are attached hereto and made a part of this motion.

    3.  That plaintiff, through the undersigned counsel, has attempted to obtain timely

answers to the Request for Production of Documents to no avail.  Exhibit 3, a true and

correct copy of the December 9, 2004, letter to Assistant Attorney General William

Jarvis, and Exhibit 4, a true and correct copy of the December 29, 2004, letter to

Assistant Attorney General William Jarvis, are attached hereto and made a part of this

motion.  Counsel for the plaintiff has received no response to either the December 9th or

December 29, 2004 letters and still has not received full and complete responses to the

Request for Production of Documents propounded six months ago.  In addition, as raised

in correspondence to Attorney Jarvis, plaintiff has received incomplete answers to

interrogatories 3 and 4 which plaintiff has not been able to resolve with defendant's

counsel prior to filing of this motion.  In fact, defendant has not advised plaintiff whether

it would stand on the objection to number 3, nor has it advised whether it will supplement

answer to Interrogatory No. 4 or provide the information requested.

    4.  Based on these facts, plaintiff respectfully requests the court extend the

discovery deadline in this case an additional three months or to May, 15, 2005.  This

would allow the parties to resolve differences concerning the outstanding discovery

requests and the request for supplementation of answers to interrogatories and after

3

review of the written discovery responses from the defendant, give the plaintiff the opportunity to depose witnesses.

5.   That plaintiff has attempted to learn from defendant as shown in his December 29, 2004 letter to Attorney William Jarvis whether the defendant would have an objection to the extension of the discovery deadline but has not heard back from the defendant as to whether or not an objection would be made.

WHEREFORE, for the reasons stated herein, plaintiff hereby requests this court enter an order extending the discovery deadline in the above-captioned cause of action and granting such other and further relief the court deems necessary and appropriate.

MARK JENNINGS, Plaintiff


By: /s/ Stephen T. Fieweger

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
200 Plaza Office Building
P.O. Box 3250
Rock Island, IL  61204-3250
Telephone:  309-788-5661
Fax:  309-788-5688
s:\wp\worddoc\11065001.06M