IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

FILED
JUL 23 2004
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

MARK JENNINGS, )
)
Plaintiff, )
)
) NO. 03-4087
)
vs. )
)
STATE OF ILLINOIS, by its )
Departmental Unit, THE ILLINOIS )
DEPARTMENT OF CORRECTIONS, )
)
Defendant. )

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

The undersigned certifies that on **July 23, 2004,** a true and correct copy of the following discovery document(s): INTERROGATORIES AND REQUEST FOR PRODUCTION to Defendant, along with a copy of this notice were served on the attorney(s) of record herein by sealing in a postage prepaid envelope and depositing in the U. S. Mail at Rock Island, Illinois to such party at his address as follows:

William E. Jarvis
David M. Walter
Assistant Attorneys General
500 South Second Street
Springfield, IL 62706

KATZ, HUNTOON & FIEWEGER, P.C.

By:_____
Stephen T. Fieweger
Attorneys for Plaintiff

For:
KATZ, HUNTOON & FIEWEGER, P.C.
1705 Second Avenue
P.O. Box 3250
Rock Island, IL 61204-3250
Tel: 309/788-5661
Fax: 309/788-5688
H:\NOTDISC\Jennings.doc


EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

MARK JENNINGS, )
)
    Plaintiff, )
)
vs. ) No. 03-4087
)
STATE OF ILLINOIS, by its )
Departmental Unit, THE ILLINOIS )
DEPARTMENT OF CORRECTIONS, )
)
    Defendant. )

EXHIBIT 2

## REQUEST FOR PRODUCTION

Plaintiff, Mark W. Jennings, pursuant to Federal Rules of Civil Procedure hereby requests that defendant and its attorney of record produce for inspection, copying, reproduction and photographing the following documents and materials. The word "documents" includes, but is not limited to, papers, photographs, films, recordings, memoranda, books, records, accounts, communications and all retrievable information in computer storage.

    1. Each and every document which defendant intends to rely upon in support of its defenses or Affirmative Defenses.

    2. All witness statements obtained.

    3. All documents showing discipline for trading and trafficking of the Illinois Department of Correction employees, including those employed at the East Moline Correctional Center, from January 1, 1990 through the present date.

    4. The complete personnel file of Belinda Rursch, including all discipline.

2

5. The complete personnel file of Mark Koster, including all discipline.

6. The complete personnel file of Robert Huskey, including all discipline.

7. The complete personnel file of Mark Jennings, including all discipline.

8. All documents which show the discipline taken against Department of Correction employees based on testimony of inmates only.

9. All documents which evidence the "admissions of staff" that the plaintiff engaged in introducing contraband into the East Moline Correctional Center as referenced in the August 13, 2002 employee review officer referral to the Employee Review Board signed by Steven B. Wright, William E. Cox and Gary L. Wyant.

10. All documents between defendant's expert witness and defendant, its agents and representatives, including resumes and correspondence.

It is further requested that defendant and its attorneys produce said materials to the office of plaintiff's attorneys on or before August 23, 2003, and further furnish at said time an affidavit stating whether the production is complete in accordance with the request made herein.

MARK JENNINGS, Plaintiff

By: _____
Stephen T. Fieweger

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
200 Plaza Office Building
P.O. Box 3250
Rock Island, IL 61204-3250
Telephone: 309-788-5661
Fax: 309-788-5688
s:\wp\worddoc\11065001.05R

# THE LAW FIRM OF
# KATZ, HUNTOON & FIEWEGER, P.C.

MARTIN H. KATZ
H. KARL HUNTOON*
DALE G. HAAKE*
FRANK L. NOWINSKI*
BRIAN S. NELSON
STEPHEN T. FIEWEGER*
JOHN F. DOAK*
THOMAS E. CADY*
ANDREW M. RINK*
CHRISTINE A. GEUTHER*
ANNE P. WALTERS*

ROCK ISLAND OFFICE
200 PLAZA OFFICE BUILDING
1705 SECOND AVENUE
P.O. BOX 3250
ROCK ISLAND, IL 61204-3250

309-788-5661: VOICE
309-788-5688: FAX

OF COUNSEL
PETER C. FIEWEGER*
FRANK R. EDWARDS

MOLINE OFFICE
1000-36TH AVENUE
MOLINE, IL 61265-7126
309-797-3000: VOICE
309-797-3330: FAX

December 9, 2004

*ALSO LICENSED IN IOWA

OUR FILE: 11065-1

William E. Jarvis
Assistant Attorney General
500 South Second Street
Springfield, IL 62706

Re:   Jennings vs. IDOC

Dear Mr. Jarvis:

I am still awaiting a response to the Request for Production of Documents, which I propounded on July 23, 2004. Please advise whether those will be forthcoming within the next week. I need to review them in order to determine depositions that I may need to take in this case.

Further, your answer to Interrogatory No. 3 is not properly taken as it relates to East Moline Correctional Center is relevant and is likely to lead to admissible evidence. Please provide the information concerning discipline for training and trafficking at the East Moline Correctional Center from January 1, 1990 through the present date.

Your answer to Interrogatory No. 4 is incomplete in that for Mark Kosten, Robert Huskey, Belinda Rursch and John Krup, you did not provide the name, address and title or position of each person who made the decision to discipline that individual. You did not provide the race, sex and national origin of each person disciplined and you did not provide the race, sex and national origin of each person who made the decision to discipline.

Please provide me with the updated answers to Interrogatories and full responses to Request for Production of Documents on or before December 17, 2004. Upon receipt of these answers I will let you know what depositions I wish to take in this case. However, tentatively, I would like to take the depositions of Jerry Borema, Don Snyder and Ian Oliver. Please advise of dates in which we can accomplish these depositions.

Very truly yours,

KATZ, HUNTOON & FIEWEGER, P.C.

Stephen T. Fieweger



STF/clc
cc: Mark Jennings
S:\STF\Letters\11065.011.doc

THE LAW FIRM OF
# KATZ, HUNTOON & FIEWEGER, P.C.

| | | |
|---|---|---|
| MARTIN H. KATZ<br>H. KARL HUNTOON*<br>DALE G. HAAKE*<br>FRANK L. NOWINSKI*<br>BRIAN S. NELSON<br>STEPHEN T. FIEWEGER*<br>JOHN F. DOAK*<br>THOMAS E. CADY*<br>ANDREW M. RINK*<br>CHRISTINE A. GEUTHER*<br>ANNE P. WALTERS* | ROCK ISLAND OFFICE<br>200 PLAZA OFFICE BUILDING<br>1705 SECOND AVENUE<br>P.O. BOX 3250<br>ROCK ISLAND, IL 61204-3250<br><br>309-788-5661: VOICE<br>309-788-5688: FAX<br><br>December 29, 2004 | OF COUNSEL<br>PETER C. FIEWEGER*<br>FRANK R. EDWARDS<br><br>MOLINE OFFICE<br>1000-36TH AVENUE<br>MOLINE, IL 61265-7126<br>309-797-3000: VOICE<br>309-797-3330: FAX |

*ALSO LICENSED IN IOWA

OUR FILE: 11065-1

Mr. William Jarvis
Assistant Attorney General
500 South Second Street
Springfield, IL 62706

  Re: Jennings vs. IDOC

Dear Bill:

I have still not received a reply to my December 9, 2004 letter, a copy of which is enclosed. I note a typographical error referring to "training and trafficking". It should be trading and trafficking at the East Moline Correctional Center. Please advise if I will need to file a Motion to Compel.

Also, in light of the fact that the discovery deadline is January 15, 2005 and your client has still not responded to our Request for Production, we should consider whether the IDOC will agree to a continuance to complete discovery in this matter. Please advise if this will be a problem if we extend the discovery deadline to April 30, 2005.

            Very truly yours,

            KATZ, HUNTOON & FIEWEGER, P.C.

            Stephen T. Fieweger

STF/pv
encl.
cc: Mark Jennings

EXHIBIT 4