E-FILED
Friday, 08 July, 2005 03:04:10 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MARK JENNINGS, | ) |
| Plaintiff, | ) |
| vs. | ) No. 03-4087 |
| STATE OF ILLINOIS, by its Departmental Unit, THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| Defendant. | ) |

### PLAINTIFF MARK JENNINGS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF

Plaintiff, Mark Jennings, by and through his attorneys, Katz, Huntoon, & Fieweger, P.C., hereby moves this court for leave to file an over length Brief in resistance to the Motion for Summary Judgment filed by defendant, State of Illinois. In support, plaintiff states:

1. Good cause exists for this plaintiff's Brief (ie., the Introduction, Applicable Law and Argument sections of his Response to Motion for Summary Judgment) to be in excess of 7,000 words.

2. Defendant has raised numerous complex issues in its Brief which require full briefing before this case should be disposed of and plaintiff not be allowed to go to trial. Plaintiff's Brief is only 8,447 words.

WHEREFORE, plaintiff, Mark Jennings, respectfully asks for permission to file an over length brief in this cause.

          MARK JENNINGS, Plaintiff

          By: /s/ Stephen T. Fieweger

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
1000 36th Avenue
Moline, IL  61265
Telephone:  309-797-3000
Fax:  309-797-2167

s:\wp\worddoc\11065001.14m