UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MARK JENNINGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 03-4087 |
| | ) |
| STATE OF ILLINOIS, by its | ) |
| Departmental Unit, THE ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**EXHIBITS IN SUPPORT OF PLAINTIFF'S
RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

**TABLE OF CONTENTS**

Exhibit A -  Performance Reviews of Mark Jennings

Exhibit B-  Memorandum Referring Plaintiff for Discipline (08-13-02)

Exhibit C – Affidavit of Rick Lind

Exhibit D – Affidavit of Steven Slocum

Exhibit E – Affidavit of Harry Hitchcock

Exhibit F -  Memorandum of Gary Wyant (02-26-02)

                    MARK JENNINGS, Plaintiff

                    By: /s/ Stephen T. Fieweger

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
1000 36th Avenue
Moline, IL  61265
Telephone:  309-797-3000
Fax:  309-797-2167
s:\wp\worddoc\11065001.Exhibits