

**State of Illinois**
**DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
Springfield, Illinois

EXHIBIT A

## INDIVIDUAL DEVELOPMENT AND PERFORMANCE SYSTEM

| 1. EMPLOYEE'S NAME - LAST, FIRST, MIDDLE | 2. DEPARTMENT, BOARD OR COMMISSION | 3. DIVISION OR INSTITUTION |
|---|---|---|
| JENNINGS, MARK | DOC | EMCC |
| 4. EMPLOYEE'S SOCIAL SECURITY NUMBER | 5. EMPLOYEE'S PAYROLL TITLE | 6. TIME IN CURRENT TITLE |
| 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 | CORRECTIONAL OFFICER | 6 YEARS ____ MONTHS |

| 7. PERIOD OF REPORT | 8. TYPE OF REPORT | | |
|---|---|---|---|
| 9-1-93 FROM  9-1-94 TO | ☒ ANNUAL ☐ LAYOFF | ☐ FIRST PROBATIONARY ☐ SALARY INCREASE ☐ DISCHARGE | ☐ FINAL PROBATIONARY ☐ INTERIM ☐ OTHER (SPECIFY) _____ |

### GENERAL INFORMATION

The basic purpose of the Individual Development and Performance system is to let employees know how they are doing, to motivate them, to improve their performance and to justify administrative personnel decisions.

The system attempts to minimize subjective judgements by utilizing a work planning concept of objective setting and feedback. Thus, it helps employees control and evaluate their progress toward personal as well as organizational objectives.

The establishment of employee objectives is a five-step process which is illustrated as follows:



Each employee will be counseled by his supervisor and a copy of this form filed in the individual's personnel folder not less than once every twelve (12) months. Results of quarterly progress review sessions need be recorded only on copies retained by the employee and the supervisor. **A manual is available which may be obtained from the Department of Central Management Services, Bureau of Personnel.**

000896

A minimum of three (3) copies of this form will be prepared - one for the supervisor, one for the employee, and one for the personnel files. Additional copies may be prepared if needed. If employee's position is at a level (unskilled, etc.) that does not lend itself to objective setting, indicate by inserting "N/A" (Not Applicable) wherever necessary.

3-201 (7/82) IL 401-0569

## PART I. APPRAISAL OF OBJECTIVES

Supervisor is to list and evaluate all objectives for which the employee was held accountable during the last reporting period. Mark the appropriate column for each objective.

| Objective | EXCEEDED | MET | NOT MET |
|---|---|---|---|
| By 12/1/93 read A.D. 05.01.130 Escape Plan and demonstrate compliance with this directive by your ability as a Correctional Officer during an Escape Drill. Objective will be measured by visual observance by a Supervisor during an Escape Drill. | | x | |
| By 3/1/94 review Fire Plan I.D. 05.02.110. This will be measured by supervision during fire drills, procedures used, knowledge of extinguishers (what types and when they are used). | | x | |
| By 7/1/94 successfully complete firearms re-qualification with standard DOC weapons in accordance with A.D. 03.03.103. Objective will be measured by score card kept on file in the Training Office. | | x | |
| To improve my attendance records (late calls, tardiness, no-call/no-show, etc). This objective will be measured by inspections of the time sheets by a supervisor. | | x | |
| On-going: Maintain area of responsibility in a safe and sanitary manner to include floor care standards. Ensure that any discrepancy is reported and corrected in accordance with I.D. 05.02.140. Objective will be measured by review of reports and command staff inspections. | | x | |

## PART II. GENERAL APPRAISAL OF EMPLOYEE PERFORMANCE

Complete items 1 through 8 for all employees and items 9 and 10 when applicable. Differences between ratings by employee and by supervisor must be discussed.

| | | TO BE COMPLETED BY EMPLOYEE | | | TO BE COMPLETED BY SUPERVISOR | | | |
|---|---|---|---|---|---|---|---|---|
| | | EXCEEDS EXPECTATIONS | MEETS EXPECTATIONS | NEEDS IMPROVEMENT | EXCEEDS EXPECTATIONS | MEETS EXPECTATIONS | NEEDS IMPROVEMENT | INSUFFICIENT OPPORTUNITY TO OBSERVE |
| 1. JOB KNOWLEDGE: | Knowledge of duties and responsibilities as required for current job or position | | ✓ | | | X | | |
| 2. PRODUCTIVITY: | Amount of work generated and completed successfully as compared to amount of work expected for this job or position | | ✓ | | | X | | |
| 3. QUALITY: | Correctness, completeness, accuracy and economy of work - overall quality | | ✓ | | | X | | |
| 4. INITIATIVE: | Self motivation - amount of direction required - seeks improved methods and techniques - consistence in trying to do better | | ✓ | | | X | | |
| 5. USE OF TIME: | Uses available time wisely - is punctual reporting to work - absenteeism - accomplishes required work on or ahead of schedule | | ✓ | | | X | | |
| 6. PLANNING: | Sets realistic objectives - anticipates and prepares for future requirements - establishes logical priorities | | ✓ | | | X | | |
| 7. FOLLOW-UP: | Maintains control of workloads - allocates resources economically - insures that assignments are completed accurately and timely | | ✓ | | | X | | |
| 8. HUMAN RELATIONS: | Establishes and maintains cordial work climate - promotes harmony and enthusiasm - displays sincere interest in assisting other employees | | ✓ | | | X | | |
| 9. LEADERSHIP: | Sets high standards - provides good managerial example - encourages subordinates to perform efficiently - communicates effectively | | N/A | | | n/a | | |
| 10. SUBORDINATE DEVELOPMENT: | Helps subordinates plan career development - trains potential replacements - gives guidance and counsel | | N/A | | | n/a | | |

000897

EMPLO... - LAST, FIRST, MIDDLE
JENNINGS, MARK

## PART III. REMARKS BY SUPERVISOR

Document the ratings checked in Part I and II.

Comment on employee's outstanding achievements. When "not met" is checked in Part I or "needs improvement" is checked in Part II describe the reasons for this rating, and what remedial steps were taken.

CO Jennings has been assigned as Dorm 5 Officer and Medical Officer during this rating period. CO Jennings has demonstrated th ability to meet the minimal requirements of those assignments. During the last 5 months CO Jennings has improved his attendance record and needs to continue to show improvement.

## PART IV. EMPLOYEE OBJECTIVES FOR NEXT REPORTING PERIOD.

To be established by the supervisor with input from the employee. Objectives should be set for each major area of job responsibility, ranked in priority order, and be as measurable as possible. Personal development objectives may be included.

By 12/1/94   successfully complete firearms re-qualification with standard DOC weapons in accordance with A.D. 03.03.103. Objective will be measured by score card kept on file in the Training Office.

By 3/1/95   read A.D. 05.01.112 Disposal of Contraband and demonstrate compliance by accurately filling out a DC252, attach to contraband and send to Shift Office. Objective will be measured by visual inspection of the DC252 by a Supervisor.

By 6/1/95   maintain area of responsibility in a safe and sanitary manner to include floor care standards. Ensure that any discrepancy is reported and corrected in accordance with I.D. 05.02.140. Objective will be measured by review of reports and command staff inspections.

By 9/1/95   read I.D. 05.01.103 Key Control and demonstrate compliance with this directive by properly inventorying your keys and documenting totals and/or any discrepancies in communications log daily. Objective will be measured by visual inspections of communications log by a Supervisor.

To improve my attendance records (late calls, tardiness, no-call/no-show, etc). This objective will be measured by inspections of the time sheets by a supervisor.

J00898

## PART V. EMPLOYEE'S COMMEI

Employee may comment on all or any part of the information contained in this document, including the evaluation process. If the Employee does not concur with the evaluation, check the appropriate box and explain reasons for disagreement.

NONE

## PART VI. SIGNATURES

EMPLOYEE'S SIGNATURE *[signature]*   PAYROLL TITLE C.O.   DATE 8-13-94

☐ I DO NOT CONCUR (USE PART V FOR COMMENTS)

SUPERVISOR'S SIGNATURE *[signature]*   PAYROLL TITLE Lt   DATE 8-13-94

☑ I HAVE PERSONALLY DISCUSSED THE CONTENTS OF THIS DOCUMENT WITH THE EMPLOYEE

NEXT HIGHER LEVEL SUPERVISOR SIGNATURE (REVIEW) *[signature]*   PAYROLL TITLE Chief Deputy   DATE 8-15-94

AGENCY HEAD SIGNATURE (REVIEW) *[signature]*

## PART VII. QUARTERLY PROGRESS REVIEW. (This can be initiated by either the employee or the supervisor.)

The employee and supervisor may meet quarterly to review progress toward previously agreed upon objectives. If the original objectives need to be adjusted, use the space below to document the change. The employee and supervisor should date and initial the document at the time of each review.

1st quarter
Date _____
Initials:
Emp. _____
Sup. _____

2nd quarter
Date _____
Initials:
Emp. _____
Sup. _____

3rd quarter
Date _____
Initials:
Emp. _____
Sup. _____

000899

State of Illinois
**DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
Springfield, Illinois

## INDIVIDUAL DEVELOPMENT AND PERFORMANCE SYSTEM

| 1. EMPLOYEE'S NAME - LAST, FIRST, MIDDLE | 2. DEPARTMENT, BOARD OR COMMISSION | 3. DIVISION OR INSTITUTION |
|---|---|---|
| JENNINGS, MARK | DOC | EMCC |
| 4. EMPLOYEE'S SOCIAL SECURITY NUMBER | 5. EMPLOYEE'S PAYROLL TITLE | 6. TIME IN CURRENT TITLE |
| 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 | CORRECTIONAL OFFICER | 7 YEARS ___ MONTHS |
| 7. PERIOD OF REPORT | 8. TYPE OF REPORT | |
| FROM 9-1-94  TO 9-1-95 | ☒ ANNUAL  ☐ FIRST PROBATIONARY  ☐ FINAL PROBATIONARY  ☐ SALARY INCREASE  ☐ INTERIM  ☐ LAYOFF  ☐ DISCHARGE  ☐ OTHER (SPECIFY) | |

### GENERAL INFORMATION

The basic purpose of the Individual Development and Performance system is to let employees know how they are doing, to motivate them, to improve their performance and to justify administrative personnel decisions.

The system attempts to minimize subjective judgements by utilizing a work planning concept of objective setting and feedback. Thus, it helps employees control and evaluate their progress toward personal as well as organizational objectives.

The establishment of employee objectives is a five-step process which is illustrated as follows:



Each employee will be counseled by his supervisor and a copy of this form filed in the individual's personnel folder not less than once every twelve (12) months. Results of quarterly progress review sessions need be recorded only on copies retained by the employee and the supervisor. **A manual is available which may be obtained from the Department of Central Management Services, Bureau of Personnel.**

A minimum of three (3) copies of this form will be prepared - one for the supervisor, one for the employee, and one for the personnel files. Additional copies may be prepared if needed. If employee's position is at a level (unskilled, etc.) that does not lend itself to objective setting, indicate by inserting "N/A" (Not Applicable) wherever necessary.

000892

MS-201 (7/82) IL 401-0569                                      Page 1 of 4

## PART I. APPRAISAL OF OBJECTIV

Supervisor is to list and evaluate all objectives for which the employee was held accountable during the last reporting period. Mark the appropriate column for each objective.

| Objective | Exceeded | Met | Not Met |
|---|---|---|---|
| By 12/1/94 successfully complete firearms re-qualification with standard DOC weapons in accordance with A.D. 03.03.103. Objective will be measured by score card kept on file in the Training Office. | | x | |
| By 3/1/95 read A.D. 05.01.112 Disposal of Contraband and demonstrate compliance by accurately filling out a DC252, attach to contraband and send to Shift Office. Objective will be measured by visual inspection of the DC252 by a Supervisor. | | x | |
| By 6/1/95 maintain area of responsibility in a safe and sanitary manner to include floor care standards. Ensure that any discrepancy is reported and corrected in accordance with I.D. 05.02.140. Objective will be measured by review of reports and command staff inspections. | | x | |
| By 9/1/95 read I.D. 05.01.103 Key Control and demonstrate compliance with this directive by properly inventorying your keys and documenting totals and/or any discrepancies in communications log daily. Objective will be measured by visual inspections of communications log by a Supervisor. | | x | |
| To improve my attendance records (late calls, tardiness, no-call/no-show, etc). This objective will be measured by inspections of the time sheets by a supervisor. | | x | |

## PART II. GENERAL APPRAISAL OF EMPLOYEE PERFORMANCE

Complete items 1 through 8 for all employees and items 9 and 10 when applicable. Differences between ratings by employee and by supervisor must be discussed.

| | | To Be Completed By Employee | | | To Be Completed By Supervisor | | | |
|---|---|---|---|---|---|---|---|---|
| | | Exceeds Expectations | Meets Expectations | Needs Improvement | Exceeds Expectations | Meets Expectations | Needs Improvement | Insufficient Opportunity to Observe |
| 1. JOB KNOWLEDGE: | Knowledge of duties and responsibilities as required for current job or position | ✓ | | | | x | | |
| 2. PRODUCTIVITY: | Amount of work generated and completed successfully as compared to amount of work expected for this job or position | | ✓ | | | x | | |
| 3. QUALITY: | Correctness, completeness, accuracy and economy of work - overall quality | | ✓ | | | x | | |
| 4. INITIATIVE: | Self motivation - amount of direction required - seeks improved methods and techniques - consistence in trying to do better | | ✓ | | | x | | |
| 5. USE OF TIME: | Uses available time wisely - is punctual reporting to work - absenteeism - accomplishes required work on or ahead of schedule | | ✓ | | | | x | |
| 6. PLANNING: | Sets realistic objectives - anticipates and prepares for future requirements - establishes logical priorities | | ✓ | | | x | | |
| 7. FOLLOW-UP: | Maintains control of workloads - allocates resources economically - insures that assignments are completed accurately and timely | | ✓ | | | x | | |
| 8. HUMAN RELATIONS: | Establishes and maintains cordial work climate - promotes harmony and enthusiasm - displays sincere interest in assisting other employees | | ✓ | | | x | | |
| 9. LEADERSHIP: | Sets high standards - provides good managerial example - encourages subordinates to perform efficiently - communicates effectively | | ✓ | | | n/a | | |
| 10. SUBORDINATE DEVELOPMENT: | Helps subordinates plan career development - trains potential replacements - gives guidance and counsel | | ✓ | | | n/a | | |

000893

EMPL... 'S N.    — LAST, FIRST, MIDDLE
JENNINGS, MARK

## PART III.   REMARKS BY SUPERVISOR

Document the ratings checked in Part I and II.

Comment on employee's outstanding achievements. When "not met" is checked in Part I or "needs improvement" is checked in Part II describe the reasons for this rating, and what remedial steps were taken.

CO Jennings has been assigned as Medical Officer during this rating period. CO Jennings has displayed good job knowledge and the ability to meet the requirements of the assignment. During the rating period, however, CO Jennings has had corrective measures taken for "Use of Time". For the above reason CO Jennings was marked as Needs Improvement in Part II - #5.

## PART IV.   EMPLOYEE OBJECTIVES FOR NEXT REPORTING PERIOD.

To be established by the supervisor with input from the employee. Objectives should be set for each major area of job responsibility, ranked in priority order, and be as measurable as possible. Personal development objectives may be included.

To improve my attendance records (late calls, tardiness, no-call/no-show, etc). This objective will be measured by inspections of the time sheets by a supervisor.

By 12/1/95   successfully complete firearms re-qualification with standard DOC weapons in accordance with A.D. 03.03.103. Objective will be measured by score card kept on file in the Training Office.

By 3/1/96   read A.D. 05.01.126 Security Restraints and demonstrate compliance by properly applying security restraints while on Writs, Furloughs or when asked to do so. Objective will be measured by visual inspection of application by a Supervisor.

By 6/1/96   review Fire Plan I.D. 05.02.110. This will be measured by supervision during fire drills, procedures used, knowledge of extinguishers (what types and when they are used).

By 9/1/96   maintain area of responsibility in a safe and sanitary manner to include floor care standards. Ensure that any discrepancy is reported and corrected in accordance with I.D. 05.02.140. Objective will be measured by review of reports and command staff inspections.

000894

## PART V. EMPLOYEE'S COMMENTS

Employee may comment on all or any part of the information contained in this document, including the evaluation process. If the Employee does not concur with the evaluation, check the appropriate box and explain reasons for disagreement.

Hurt at work as a result of my job. Returned to work on restrictions and restrictions were not followed, hurt again. Have permanent disabilities as result. Filed reasonable accomodations under ADA. Not followed. Denied. My attendance reflects my disabilities and pain from work related injuries

## PART VI. SIGNATURES

| | | | |
|---|---|---|---|
| EMPLOYEE'S SIGNATURE | *Markell* | PAYROLL TITLE | DATE 8-16-95 |
| ☐ I DO NOT CONCUR (USE PART V FOR COMMENTS) | | | |
| SUPERVISOR'S SIGNATURE *Gregory A. Rule* | | PAYROLL TITLE Captain | DATE 8-16-95 |
| ☒ I HAVE PERSONALLY DISCUSSED THE CONTENTS OF THIS DOCUMENT WITH THE EMPLOYEE | | | |
| NEXT HIGHER LEVEL SUPERVISOR SIGNATURE (REVIEW) | | PAYROLL TITLE Public Service Administrator | DATE 8-16-95 |
| AGENCY HEAD SIGNATURE (REVIEW) *Odie Washington* | | | DATE 8-16-95 |

## PART VII. QUARTERLY PROGRESS REVIEW. (This can be initiated by either the employee or the supervisor.)

The employee and supervisor may meet quarterly to review progress toward previously agreed upon objectives. If the original objectives need to be adjusted, use the space below to document the change. The employee and supervisor should date and initial the document at the time of each review.

1st quarter
Date _____
Initials:
Emp. _____
Sup. _____

2nd quarter
Date _____
Initials:
Emp. _____
Sup. _____

3rd quarter
Date _____
Initials:
Emp. _____
Sup. _____

000895

State of Illinois
DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
Springfield, Illinois

## INDIVIDUAL DEVELOPMENT AND PERFORMANCE SYSTEM

| 1. EMPLOYEE'S NAME - LAST, FIRST, MIDDLE | 2. DEPARTMENT, BOARD OR COMMISSION | 3. DIVISION OR INSTITUTION |
|---|---|---|
| JENNINGS, MARK | DOC | EMCC |
| 4. EMPLOYEE'S SOCIAL SECURITY NUMBER | 5. EMPLOYEE'S PAYROLL TITLE | 6. TIME IN CURRENT TITLE |
| 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 | CORRECTIONAL OFFICER | 8 YEARS ___ MONTHS |
| 7. PERIOD OF REPORT | 8. TYPE OF REPORT | |
| 9-1-96 FROM  9-1-97 TO | ☒ ANNUAL  ☐ FIRST PROBATIONARY  ☐ FINAL PROBATIONARY  ☐ SALARY INCREASE  ☐ INTERIM  ☐ LAYOFF  ☐ DISCHARGE  ☐ OTHER (SPECIFY) | |

## GENERAL INFORMATION

The basic purpose of the Individual Development and Performance system is to let employees know how they are doing, to motivate them, to improve their performance and to justify administrative personnel decisions.

The system attempts to minimize subjective judgements by utilizing a work planning concept of objective setting and feedback. Thus, it helps employees control and evaluate their progress toward personal as well as organizational objectives.

The establishment of employee objectives is a five-step process which is illustrated as follows:

**SUPERVISOR'S RESPONSIBILITY** Set and communicate appropriate objectives. → Prepare a list of objectives with employee. Discuss work objectives for this period. → Approve plans of action for achieving work objectives and review with higher management. → Review progress. Make adjustments as required. Provide coaching and assistance. → Evaluate performance and results for annual appraisal. Prepare list of objectives for next period.

**INFORMATION TO BE SHARED** Organization objectives; major job responsibilities; self-development needs. → OBJECTIVE SETTING → PLANS OF ACTION FOR JOB TO BE DONE → QUARTERLY PROGRESS REVIEW → EVALUATE PERFORMANCE ANNUALLY RESET OBJECTIVES

**EMPLOYEE'S ROLE** Discuss areas of responsibility relating to objectives and self-development needs. → Prepare list of objectives for discussion with supervisor. Discuss work objectives for this period. → Pepare plans of action to meet objectives for approval of supervisor. Perform the job to be done. → Review progress and discuss any problems with supervisor. → Make self-evaluation and evaluate results for annual appraisal. Prepare list of objectives for next period.

000859

Each employee will be counseled by his supervisor and a copy of this form filed in the individual's personnel folder not less than once every twelve (12) months. Results of quarterly progress review sessions need be recorded only on copies retained by the employee and the supervisor. A manual is available which may be obtained from the Department of Central Management Services, Bureau of Personnel.

A minimum of three (3) copies of this form will be prepared - one for the supervisor, one for the employee, and one for the personnel files. Additional copies may be prepared if needed. If employee's position is at a level (unskilled, etc.) that does not lend itself to objective setting, indicate by inserting "N/A" (Not Applicable) wherever necessary.

IS-201 (7/82) li 401-0569

## PART I. APPRAISAL OF OBJECTIVES

Supervisor is to list and evaluate all objectives for which the employee was held accountable during the last reporting period. Mark the appropriate column for each objective.

| Objective | Exceeded | Met | Not Met |
|---|---|---|---|
| By 12/1/96 successfully complete firearms re-qualification with standard DOC weapons in accordance with A.D. 03.03.103. Objective will be measured by score card kept on file in the Training Office. | | X | |
| By 3/1/97 maintain area of responsibility in a safe and sanitary manner to include floor care standards. Ensure that any discrepancy is reported and corrected in accordance with I.D. 05.02.140. Objective will be measured by review of reports and command staff inspections. | | X | |
| By 6/1/97 read I.D. 05.01.103 Key Control and demonstrate compliance with this directive by properly inventorying your keys and documenting totals and/or any discrepancies in communications log daily. Objective will be measured by visual inspections of communications log by a Supervisor. | | X | |
| On-going: Maintain a weapons free environment for EMCC as measured by visual observations, daily Zone Inspections and random shakedowns of inmates and inmate living areas. | | X | |

## PART II. GENERAL APPRAISAL OF EMPLOYEE PERFORMANCE

Complete items 1 through 8 for all employees and Items 9 and 10 when applicable. Differences between ratings by employee and by supervisor must be discussed.

| | | To Be Completed By Employee | | | To Be Completed By Supervisor | | | |
|---|---|---|---|---|---|---|---|---|
| | | Exceeds Expectations | Meets Expectations | Needs Improvement | Exceeds Expectations | Meets Expectations | Needs Improvement | Insufficient Opportunity to Observe |
| 1. JOB KNOWLEDGE: | Knowledge of duties and responsibilities as required for current job or position | | ✓ | | | X | | |
| 2. PRODUCTIVITY: | Amount of work generated and completed successfully as compared to amount of work expected for this job or position | | ✓ | | | X | | |
| 3. QUALITY: | Correctness, completeness, accuracy and economy of work - overall quality | ✓ | | | X | | | |
| 4. INITIATIVE: | Self motivation - amount of direction required - seeks improved methods and techniques - consistence in trying to do better | | | ✓ | | X | | |
| 5. USE OF TIME: | Uses available time wisely - is punctual reporting to work - absenteeism - accomplishes required work on or ahead of schedule | ✓ | | | | X | | |
| 6. PLANNING: | Sets realistic objectives - anticipates and prepares for future requirements - establishes logical priorities | | | ✓ | | X | | |
| 7. FOLLOW-UP: | Maintains control of workloads - allocates resources economically - insures that assignments are completed accurately and timely | | | ✓ | | X | | |
| 8. HUMAN RELATIONS: | Establishes and maintains cordial work climate - promotes harmony and enthusiasm - displays sincere interest in assisting other employees | | | ✓ | | X | | |
| 9. LEADERSHIP: | Sets high standards - provides good managerial example - encourages subordinates to perform efficiently - communicates effectively | | | ✓ | n/a | | | |
| 10. SUBORDINATE DEVELOPMENT: | Helps subordinates plan career development - trains potential replacements - gives guidance and counsel | | | ✓ | n/a | | | |

000860

| EMPLOYEE'S | LAST, FIRST, MIDDLE |
|---|---|
| | JENNINGS, MARK |

## PART III.  REMARKS BY SUPERVISOR

Document the ratings checked in Part I and II.
Comment on employee's outstanding achievements. When "not met" is checked in Part I or "needs improvement" is checked in Part II describe the reasons for this rating, and what remedial steps were taken.

During the rating period CO Jennings was removed from all restrictions that had limited him to certain assignments. CO Jennings has shown that he is capable of handling other assignments and is very diligent in enforcing all rules and regulations in a fair and consistent manner. Except for the brief period where CO Jennings was off work to have his restrictions removed, CO Jennings had maintained an excellent attendance record-receiving a commendation for attendance. CO Jennings displays good job knowledge and completes assignments in an accurate and timely manner with minimal supervision. For the above reasons, CO Jennings was marked as exceeds in Part II - #3.

## PART IV.  EMPLOYEE OBJECTIVES FOR NEXT REPORTING PERIOD.

To be established by the supervisor with input from the employee. Objectives should be set for each major area of job responsibility, ranked in priority order, and be as measurable as possible. Personal development objectives may be included.

By 12/1/97   successfully complete firearms re-qualification with standard DOC weapons in accordance with A.D. 03.03.103. Objective will be measured by score card kept on file in the Training Office.

By 3/1/98   read A.D. 05.01.126 Security Restraints and demonstrate compliance by properly applying security restraints while on Writs, Furloughs or when asked to do so. Objective will be measured by visual inspection of application by a Supervisor.

By 6/1/98   read A.D. and I.D. 05.02.115 Use and Control of Toxic Substances and ensure all toxic, caustic materials are properly inventoried and documentation is completed. This will be measured by a supervisor inventorying toxic control log book in your area of responsibility.

By 9/1/98   maintain area of responsibility in a safe and sanitary manner to include floor care standards. Ensure that any discrepancy is reported and corrected in accordance with I.D. 05.02.140. Objective will be measured by review of reports and command staff inspections.

On-going: Maintain a weapons free environment for EMCC as measured by visual observations, daily Zone Inspections and random shakedowns of inmates and inmate living areas.

000861

PART V. EMPLOYEE'S COMMENTS

Employee may comment on all or any part of the information contained in this document, including the evaluation process. If the Employee does not concur with the evaluation, check the appropriate box and explain reasons for disagreement.

NONE

PART VI. SIGNATURES

| | | |
|---|---|---|
| EMPLOYEE'S SIGNATURE *[signature]* | PAYROLL TITLE C-O | DATE 8-23-97 |
| ☐ I DO NOT CONCUR (USE PART V FOR COMMENTS) | | |
| SUPERVISOR'S SIGNATURE *H Hamilton* | PAYROLL TITLE CEO | DATE 8-23-97 |
| ☒ I HAVE PERSONALLY DISCUSSED THE CONTENTS OF THIS DOCUMENT WITH THE EMPLOYEE | | |
| NEXT HIGHER LEVEL SUPERVISOR SIGNATURE (REVIEW) *Daryl Christopherson* | PAYROLL TITLE Public Service Adm | DATE 8-25-97 |
| AGENCY HEAD SIGNATURE (REVIEW) *[signature]* | | DATE 8-29-97 |

PART VII. QUARTERLY PROGRESS REVIEW. (This can be initiated by either the employee or the supervisor.)

The employee and supervisor may meet quarterly to review progress toward previously agreed upon objectives. If the original objectives need to be adjusted, use the space below to document the change. The employee and supervisor should date and initial the document at the time of each review.

| | |
|---|---|
| 1st quarter<br>Date 12-1-96<br>Initials:<br>Emp.<br>Sup. | Met objectives for Qt. |
| 2nd quarter<br>Date 3-1-97<br>Initials:<br>Emp.<br>Sup. | Commendation for use of time<br>Removed from all restrictions |
| 3rd quarter<br>Date 6-1-97<br>Initials:<br>Emp.<br>Sup. | Met objectives |

J00862

age 4 of 4