E-FILED
Friday, 08 July, 2005 03:23:43 PM
Clerk, U.S. District Court, ILCD

State of Illinois
**DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
Springfield, Illinois

### INDIVIDUAL DEVELOPMENT AND PERFORMANCE SYSTEM

| 1. EMPLOYEE'S NAME - LAST, FIRST, MIDDLE | 2. DEPARTMENT, BOARD OR COMMISSION | 3. DIVISION OR INSTITUTION |
|---|---|---|
| JENNINGS, MARK | DOC | EMCC |
| 4. EMPLOYEE'S SOCIAL SECURITY NUMBER | 5. EMPLOYEE'S PAYROLL TITLE | 6. TIME IN CURRENT TITLE |
| 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 | CORRECTIONAL OFFICER | 9 YEARS _____ MONTHS |

| 7. PERIOD OF REPORT | 8. TYPE OF REPORT | | |
|---|---|---|---|
| 9-1-97 FROM  9-1-98 TO | ☒ ANNUAL ☐ LAYOFF | ☐ FIRST PROBATIONARY ☐ SALARY INCREASE ☐ DISCHARGE | ☐ FINAL PROBATIONARY ☐ INTERIM ☐ OTHER (SPECIFY) |

## GENERAL INFORMATION

The basic purpose of the Individual Development and Performance system is to let employees know how they are doing, to motivate them, to improve their performance and to justify administrative personnel decisions.

The system attempts to minimize subjective judgements by utilizing a work planning concept of objective setting and feedback. Thus, it helps employees control and evaluate their progress toward personal as well as organizational objectives.

The establishment of employee objectives is a five-step process which is illustrated as follows:



Each employee will be counseled by his supervisor and a copy of this form filed in the individual's personnel folder not less than once every twelve (12) months. Results of quarterly progress review sessions need be recorded only on copies retained by the employee and the supervisor. **A manual is available which may be obtained from the Department of Central Management Services, Bureau of Personnel.**

A minimum of three (3) copies of this form will be prepared - one for the supervisor, one for the employee, and one for the personnel files. Additional copies may be prepared if needed. If employee's position is at a level (unskilled, etc.) that does not lend itself to objective setting, indicate by inserting "N/A" (Not Applicable) wherever necessary.

000863

## PART I. APPRAISAL OF OBJECTIVE

**Supervisor is to list and evaluate all objectives for which the employee was held accountable during the last reporting period. Mark the appropriate column for each objective.**

| Objective | Exceeded | Met | Not Met |
|---|---|---|---|
| By 12/1/97 successfully complete firearms re-qualification with standard DOC weapons in accordance with A.D. 03.03.103. Objective will be measured by score card kept on file in the Training Office. | | x | |
| By 3/1/98 read A.D. 05.01.126 Security Restraints and demonstrate compliance by properly applying security restraints while on Writs, Furloughs or when asked to do so. Objective will be measured by visual inspection of application by a Supervisor. | | x | |
| By 6/1/98 read A.D. and I.D. 05.02.115 Use and Control of Toxic Substances and ensure all toxic, caustic materials are properly inventoried and documentation is completed. This will be measured by a supervisor inventorying toxic control log book in your area of responsibility. | | x | |
| By 9/1/98 maintain area of responsibility in a safe and sanitary manner to include floor care standards. Ensure that any discrepancy is reported and corrected in accordance with I.D. 05.02.140. Objective will be measured by review of reports and command staff inspections. | | x | |
| On-going: Maintain a weapons free environment for EMCC as measured by visual observations, daily Zone Inspections and random shakedowns of inmates and inmate living areas. | | x | |

## PART II. GENERAL APPRAISAL OF EMPLOYEE PERFORMANCE

Complete Items 1 through 8 for all employees and Items 9 and 10 when applicable. Differences between ratings by employee and by supervisor must be discussed.

| | | To be completed by employee | | | To be completed by supervisor | | | |
|---|---|---|---|---|---|---|---|---|
| | | Exceeds Expectations | Meets Expectations | Needs Improvement | Exceeds Expectations | Meets Expectations | Needs Improvement | Insufficient Opportunity to Observe |
| 1. JOB KNOWLEDGE: | Knowledge of duties and responsibilities as required for current job or position | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2. PRODUCTIVITY: | Amount of work generated and completed successfully as compared to amount of work expected for this job or position | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 3. QUALITY: | Correctness, completeness, accuracy and economy of work - overall quality | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | ☐ |
| 4. INITIATIVE: | Self motivation - amount of direction required - seeks improved methods and techniques - consistence in trying to do better | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 5. USE OF TIME: | Uses available time wisely - is punctual reporting to work - absenteeism - accomplishes required work on or ahead of schedule | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 6. PLANNING: | Sets realistic objectives - anticipates and prepares for future requirements - establishes logical priorities | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 7. FOLLOW-UP: | Maintains control of workloads - allocates resources economically - insures that assignments are completed accurately and timely | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 8. HUMAN RELATIONS: | Establishes and maintains cordial work climate - promotes harmony and enthusiasm - displays sincere interest in assisting other employees | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 9. LEADERSHIP: | Sets high standards - provides good managerial example - encourages subordinates to perform efficiently - communicates effectively | ☐ | n/a | ☐ | ☐ | n/a | ☐ | ☐ |
| 10. SUBORDINATE DEVELOPMENT: | Helps subordinates plan career development - trains potential replacements - gives guidance and counsel | ☐ | n/a | ☐ | ☐ | n/a | ☐ | ☐ |

00C864

| EMPLOYEE. LAST, FIRST, MIDDLE |
|---|
| JENNINGS, MARK |

## ART III.  REMARKS BY SUPERVISOR

Document the ratings checked in Part I and II.
Comment on employee's outstanding achievements. When "not met" is checked in Part I or "needs improvement" is checked in Part II describe the reasons for this rating, and what remedial steps were taken.

CO Jennings has continued to show that he is capable of handling any assignment given him.  CO Jennings is very diligent in enforcing all rules and regulations and completes his assignments in an accurate and timely manner.  CO Jennings is a self reliant and motivated individual who can be relied upon in any situation that may arise.  CO Jennings had maintained a good attendance record during the rating period except during the last quarter.  CO Jennings needs to monitor his Use of Time to ensure he gets back on track to the high standard he had set in the past.  CO Jennings was marked as exceeds in Part II - #3.

## PART IV.  EMPLOYEE OBJECTIVES FOR NEXT REPORTING PERIOD.

To be established by the supervisor with input from the employee. Objectives should be set for each major area of job responsibility, ranked in priority order, and be as measurable as possible. Personal development objectives may be included.

By 12/1/98    successfully complete firearms re-qualification with standard DOC weapons in accordance with A.D. 03.03.103. Objective will be measured by score card kept on file in the Training Office.

By 3/1/99     read I.D. 05.01.103 Key Control and demonstrate compliance with this directive by properly inventorying your keys and documenting totals and/or any discrepancies in communications log daily. Objective will be measured by visual inspections of communications log by a Supervisor.

By 6/1/99    review Fire Plan I.D. 05.02.110.  This will be measured by supervision during fire drills, procedures used, knowledge of extinguishers (what types and when they are used).

By  8/1/99     maintain area of responsibility in a safe and sanitary manner to include floor care standards. Ensure that any discrepancy is reported and corrected in accordance with I.D. 05.02.140. Objective will be measured by review of reports and command staff inspections.

On-going:  Maintain a weapons free environment for EMCC as measured by visual observations, daily Zone Inspections and random shakedowns of inmates and inmate living areas.

PART V.    EMPLOYEE'S CO[MMENT]S

Employee may comment on all or any part of the information contained in this document, including the evaluation process. If the Employee does not concur with the evaluation, check the appropriate box and explain reasons for disagreement.

PART VI.    SIGNATURES

EMPLOYEE'S SIGNATURE _____ PAYROLL TITLE C/O    DATE 8-22-98
☒ I DO NOT CONCUR (USE PART V FOR COMMENTS)

SUPERVISOR'S SIGNATURE Lt Hamilton    PAYROLL TITLE Lt    DATE 8-22-98
☒ I HAVE PERSONALLY DISCUSSED THE CONTENTS OF THIS DOCUMENT WITH THE EMPLOYEE

NEXT HIGHER LEVEL SUPERVISOR SIGNATURE (REVIEW) _____ PAYROLL TITLE PSA    DATE 8-24-98

AGENCY HEAD SIGNATURE (REVIEW) _____ DATE 8-3-98

PART VII.    QUARTERLY PROGRESS REVIEW. (This can be initiated by either the employee or the supervisor.)

The employee and supervisor may meet quarterly to review progress toward previously agreed upon objectives. If the original objectives need to be adjusted, use the space below to document the change. The employee and supervisor should date and initial the document at the time of each review.

| | |
|---|---|
| 1st quarter<br>Date 12-1-97<br>Initials:<br>Emp.<br>Sup. | Very conscientious individual - enforces rules to the letter |
| 2nd quarter<br>Date 3-1-98<br>Initials:<br>Emp.<br>Sup. | Continues to be very independent individual - knowledgable in any assignment given him |
| 3rd quarter<br>Date 6-1-98<br>Initials:<br>Emp.<br>Sup. | Needs to monitor use of time during this Qt. No other problems noted |

000866

le 4 of 4

State of Illinois
DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
Springfield, Illinois

INDIVIDUAL DEVELOPMENT AND PERFORMANCE SYSTEM

| 1. EMPLOYEE'S NAME - LAST, FIRST, MIDDLE<br>Jennings, Mark | 2. DEPARTMENT, BOARD OR COMMISSION<br>D.O.C. | 3. DIVISION OR INSTITUTION<br>E.M.C.C. |
|---|---|---|
| 4. EMPLOYEE'S SOCIAL SECURITY NUMBER<br>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 | 5. EMPLOYEE'S PAYROLL TITLE<br>Correctional Officer | 6. TIME IN CURRENT TITLE<br>10 YEARS ___ MONTHS |
| 7. PERIOD OF REPORT<br>FROM 9/1/1998 TO 9/1/1999 | 8. TYPE OF REPORT ☐ FIRST PROBATIONARY ☐ FINAL PROBATIONARY<br>☒ ANNUAL ☐ SALARY INCREASE ☐ INTERIM<br>☐ LAYOFF ☐ DISCHARGE ☐ OTHER _____ | |

## GENERAL INFORMATION

The basis, purpose of the Individual Development and Performance system is to let employees know how they are doing, to motivate them, to improve their performance and to justify administrative personnel decisions.

The system attempts to minimize subjective judgments by utilizing a work planning concept of objective setting and feedback. Thus, it helps employee's control and evaluate their progress toward personal as well as organizational objectives.

The establishment of employee objectives is a five-step process which is illustrated as follows:

| | | | | |
|---|---|---|---|---|
| SUPERVISOR'S RESPONSIBILITY Set and comm-unicate appropriate objectives | Prepare a list of objectives with employees. Discuss work objectives for this period. | Approve plans of faction for achieving work objectives and review with higher management. | Review progress. Make adjustments as required. Provide coaching and assistance. | Evaluate performance and results for annual appraisal. Prepare list of objectives for next period. |
| INFORMATION TO BE SHARED Organization objectives; major responsibilities; self-development needs | OBJECTIVE SETTING | PLANS OF ACTION FOR JOB TO BE DONE | QUARTERLY PROGRESS REVIEW | EVALUATE PERFORMANCE ANNUALLY RESET OBJECTIVES |
| EMPLOYEE'S ROLE Discuss areas of responsibility relating to objectives and self-development needs. | Prepare list of objectives for discussion with supervisor. Discuss work objectives for this period. | Prepare plans of action to meet objectives for approval of supervisor. Per-form the job to be done. | Preview progress and discuss any problems with supervisor. | Make self-evaluation and evaluate results for annual appraisal. Prepare list of objectives for next period. |

Each employee will be counseled by his or her supervisor and a copy of this form filed in the individual's personnel folder not less than once every twelve- (12) months. Results of quarterly progress review sessions need be recorded only on copies retained by the employee and the supervisor. **A manual is available which may be obtained from the Department of Central Management Services, Bureau of Personnel.**

A minimum of three (3) copies of this form will be prepared – one for the supervisor, one for the employee, and one for the personnel files. Additional copies may be prepared if needed. If employee's position is at a level (unskilled, etc.) that does not lend itself to objective setting, indicate by inserting "N/A" (Not Applicable) wherever necessary.

## PART I. APPRAISAL OF OBJECTIVES

Supervisor is to list and evaluate all objectives for which the employee was held accountable during the last reporting period. Mark the appropriate column for each objective.

| Objective | Exceeded | Met | Not Met |
|---|---|---|---|
| By 12/1/98 successfully complete firearms requalification with standard doc weapons in accordance with 03.03.103. Objective will be measured by score card kept on file in the training office. | | X | |
| By 3/1/99 read 05.01.103 Key Control and demonstrate compliance with the directive by properly inventorying your keys and documenting totals and/or any discrepancies in communications log daily. Measured by visual inspections of log by a Supervisor. | | X | |
| By 6/1/99 review Fire Plan 05.02.110. This will be measured by supervision during fire drills, procedures used, knowledge of extinguishers (what types and when they are used). | | X | |
| By 8/1/99 maintain area of responsibility in a safe and sanitary manner to include floor care standards. Ensure that any discrepancy is reported and corrected in accordance with 05.02.140. Measured by review of reports and command staff inspections. | | X | |
| On-going: Maintain a weapons free environment for EMCC as measured by visual observations, daily zone inspections and random shakedowns of inmates and inmate living areas. | | X | |

## PART II. GENERAL APPRAISAL OF EMPLOYEE PERFORMANCE

Complete items 1 through 8 for all employees and items 9 and 10 when applicable. Differences between ratings by employee and by supervisor must be discussed.

| # | Category | Description | Employee: Exceeds | Employee: Meets | Employee: Needs Improvement | Supervisor: Exceeds | Supervisor: Meets | Supervisor: Needs Improvement | Supervisor: Insufficient Opportunity to Observe |
|---|---|---|---|---|---|---|---|---|---|
| 1 | JOB KNOWLEDGE | Knowledge of duties and responsibilities as required for current job or position | X | | | X | | | |
| 2 | PRODUCTIVITY | Amount of work generated and completed successfully as compared to amount of work expected for this job or position | | X | | | X | | |
| 3 | QUALITY | Correctness, completeness, accuracy and economy of work - overall quality | X | | | X | | | |
| 4 | INITIATIVE | Self motivation - amount of direction required - seeks improved methods and techniques - consistence in trying to do better | | X | | | X | | |
| 5 | USE OF TIME | Uses available time wisely - is punctual reporting to work - absenteeism - accomplishes required work on or ahead of schedule | | X | | | X | | |
| 6 | PLANNING | Sets realistic objectives - anticipates and prepares for future requirements - establishes logical priorities | | X | | | X | | |
| 7 | FOLLOW-UP | Maintains control of workloads - allocates resources economically - insures that assignments are completed accurately and timely | | X | | | X | | |
| 8 | HUMAN RELATIONS | Establishes and maintains cordial work climate - promotes harmony and enthusiasm - displays sincere interest in assisting other employees | | X | | | X | | |
| 9 | LEADERSHIP | Sets high standards - provides good managerial example - encourages subordinates to perform efficiently - communicates effectively | | | | | | | |
| 10 | SUBORDINATE DEVELOPMENT | Helps subordinates plan career development - trains potential replacements - gives guidance and counsel | | | | | | | |

J00868

AS-201 (7/82) IL 401-0569                                                                 Page 2 of 6

| EMPLC | NAME – LAST, FIRST, MIDDLE |
|---|---|
| | Jennings, Mark |

## PART III. REMARKS BY SUPERVISOR

Document the ratings checked in Part I and II.
Comment on employee's outstanding achievements. When "not met" is checked in Part I or "needs improvement" is checked in Part II describe the reasons for this rating, and what remedial steps were taken.

CO Jennings displays excellent job knowledge of all assignments given him. CO Jennings is very diligent in enforcing all rules and regulations and completes his assignments in an accurate manner on/or ahead of time. CO Jennings is a self motivated individual who can be relied upon in any situation that may arise. CO Jennings was marked as exceeds in Part II - #1 and #3.

## PART IV. EMPLOYEE OBJECTIVES FOR NEXT REPORTING PERIOD.

To be established by the supervisor with input from the employee. Objectives should be set for each major area of job responsibility, ranking in priority order, and be as measurable as possible. Personal development objectives may be included.

To improve my attendance records (late calls, tardiness, no/call-no/show, etc.). This objective will be measured by inspections of the itme sheets by a Supervisor.

By 12/1/99 successfully complete firearms requalification with standard DOC weapons in accordance with 03.03.103. Objective will be measured by score card kept on file in the Training Office.

By 3/1/00 read 05.01.126 Security Restraints and demonstrate compliance by properly applying security restraints while on Writs and Furloughs or when asked to do so. Objective will be measured by visual inspeciton application by a Supervisor.

By 9/1/00 maintain area of responsibility in a safe and sanitary manner to include floor care standards. Ensure that any discrepancy is reported and corrected in accordance with 05.02.140. Objective will be measured by review of reports and command staff inspections.

On-going: Maintain a weapons free environment for EMCC as measured by visual observation, daily zone inspections and random shakedowns of inmates and inmate living areas.

10^869

**PART V. EMPLOYEE'S COMMENTS**

Employee may comment on all or any part of the information contained in this document, including the evaluation process. If the Employee does not concur with the evaluation, check the appropriate box and explain reasons for disagreement.

**PART VI. SIGNATURES**

| EMPLOYEE'S SIGNATURE | PAYROLL TITLE | DATE |
|---|---|---|
| [signature] | Correctional Officer | 8-29-99 |

☐ I DO NOT CONCUR (USE PART V FOR COMMENTS)

| SUPERVISOR'S SIGNATURE | PAYROLL TITLE | DATE |
|---|---|---|
| Lt. Hamilton | Correctional Lieutenant | 8-29-99 |

☐ I HAVE PERSONALLY DISCUSSED THE CONTENTS OF THIS DOCUMENT WITH THE EMPLOYEE

| NEXT HIGHER LEVEL SUPERVISOR SIGNATURE (REVIEW) | PAYROLL TITLE | DATE |
|---|---|---|
| Stephen B. Wright | Public Service Administrator | 8-31-99 |

| AGENCY HEAD SIGNATURE (REVIEW) | | DATE |
|---|---|---|
| [signature] Snyder | | 8-31-99 |

**PART VII. QUARTERLY PROGRESS REVIEW.** (This can be initiated by either the employee or the supervisor.)

The employee and supervisor may meet quarterly to review progress toward previously agreed upon objectives. If the original objectives need to be adjusted, use the space below to document the change. The employee and supervisor should date and initial the document at the time of each review.

| 1st quarter Date 12-1-98 Initials: Emp. / Sup. Lt mH | Continues to be a very conscientious Individual - enforces rules to the letter |
|---|---|
| 2nd quarter Date 3-1-99 Initials: Emp. / Sup. Lt mH | Knowledgable in all assignments given him - need to monitor use of time |
| 3rd quarter Date 6-1-99 Initials: Emp. / Sup. Lt mH | Self motivated independent individual - No problems noted |

000870

State of Illinois
**DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
Springfield, Illinois

## INDIVIDUAL DEVELOPMENT AND PERFORMANCE SYSTEM

| 1. EMPLOYEE'S NAME - LAST, FIRST, MIDDLE | 2. DEPARTMENT, BOARD OR COMMISSION | 3. DIVISION OR INSTITUTION |
|---|---|---|
| ENNINGS, MARK | D.O.C. | E.M.C.C. |
| 4. EMPLOYEE'S SOCIAL SECURITY NUMBER | 5. EMPLOYEE'S PAYROLL TITLE | 6. TIME IN CURRENT TITLE |
| 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 | CORRECTIONAL OFFICER | 11 YEARS ___ MONTHS |
| 7. PERIOD OF REPORT FROM 9/1/99 TO 9/1/00 | 8. TYPE OF REPORT ☒ ANNUAL ☐ LAYOFF ☐ FIRST PROBATIONARY ☐ SALARY INCREASE ☐ DISCHARGE | ☐ FINAL PROBATIONARY ☐ INTERIM ☐ OTHER |

### GENERAL INFORMATION

The basis, purpose of the Individual Development and Performance system is to let employees know how they are doing, to motivate them, to improve their performance and to justify administrative personnel decisions.

The system attempts to minimize subjective judgments by utilizing a work planning concept of objective setting and feedback. Thus, it helps employee's control and evaluate their progress toward personal as well as organizational objectives.

The establishment of employee objectives is a five-step process which is illustrated as follows:

| | | | | |
|---|---|---|---|---|
| SUPERVISOR'S RESPONSIBILITY Set and comm-unicate appropriate objectives | Prepare a list of objectives with employees. Discuss work objectives for this period. | Approve plans of faction for achieving work objectives and review with higher management. | Review progress. Make adjustments as required. Provide coaching and assistance. | Evaluate performance and results for annual appraisal. Prepare list of objectives for next period. |
| INFORMATION TO BE SHARED organization objectives; major job responsibilities; self-development needs | OBJECTIVE SETTING | PLANS OF ACTION FOR JOB TO BE DONE | QUARTERLY PROGRESS REVIEW | EVALUATE PERFORMANCE ANNUALLY RESET OBJECTIVES |
| EMPLOYEE'S ROLE Discuss areas of responsibility relating objectives and self-development needs. | Prepare list of objectives for discussion with supervisor. Discuss work objectives for this period. | Prepare plans of action to meet objectives for approval of supervisor. Per-form the job to be done. | Preview progress and discuss any problems with supervisor. | Make self-evaluation and evaluate results for annual appraisal. Prepare list of objectives for next period. |

Each employee will be counseled by his or her supervisor and a copy of this form filed in the individual's personnel folder not less than once every twelve- (12) months. Results of quarterly progress review sessions need be recorded only on copies retained by the employee and the supervisor. **A manual is available which may be obtained from the Department of Central Management Services, Bureau of Personnel.**

A minimum of three (3) copies of this form will be prepared – one for the supervisor, one for the employee, and one for the personnel files. Additional copies may be prepared if needed. If employee's position is at a level (unskilled, etc.) that does not lend itself to objective setting, indicate by inserting "N/A" (Not Applicable) wherever necessary.

000871

## PART I. APPRAISAL OF OBJECTIVES

Supervisor is to list and evaluate all objectives for which the employee was held accountable during the last reporting period. Mark the appropriate column for each objective.

| Objective | OBJECTIVES EXCEEDED | MET | NOT MET |
|---|---|---|---|
| To improve my attendance records (late calls, tardiness, no/call-no/show, etc.) and use of time while on assignments. This objective will be measured by inspections of the time sheets and area of responsibility by a supervisor. | | | X |
| By 12/1/99 successfully complete firearms re-qualification with standard DOC weapons in accordance with A. D. 03.03.103. Objective will be measured by score card kept on file in the Training Office. | | X | |
| By 3/1/00 read A. D. 05.01.126 Security Restraints and demonstrate compliance by properly applying security restraints while on Writs, Furloughs or when instructed to do so. Objective will be measured by visual inspection of application by a Supervisor. | | X | |
| By 3/1/00 maintain area of responsibility in a safe and sanitary manner to include floor care standards. Ensure that any discrepancy is reported and corrected in accordance with I. D. 05.02.140. Objective will be measured by review of reports and command staff inspections. | | X | |
| On-going: Maintain a weapons free environment for EMCC as measured by visual observation, daily zone inspections and random shakedowns of inmates and inmate living areas. | | X | |

## PART II. GENERAL APPRAISAL OF EMPLOYEE PERFORMANCE

Complete items 1 through 8 for all employees and items 9 and 10 when applicable. Differences between ratings by employee and by supervisor must be discussed.

| | | TO BE COMPLETED BY EMPLOYEE | | | TO BE COMPLETED BY SUPERVISOR | | | |
|---|---|---|---|---|---|---|---|---|
| | | EXCEEDS EXPECTATIONS | MEETS EXPECTATIONS | Q | EXCEEDS EXPECTATIONS | MEETS EXPECTATIONS | NEEDS IMPROVEMENT | INSUFFICIENT OPPORTUNITY TO OBSERVE |
| 1. JOB KNOWLEDGE: | Knowledge of duties and responsibilities as required for current job or position | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2. PRODUCTIVITY: | Amount of work generated and completed successfully as compared to amount of work expected for this job or position | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 3. QUALITY: | Correctness, completeness, accuracy and economy of work - overall quality | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 4. INITIATIVE: | Self motivation - amount of direction required – seeks improved methods and techniques - consistence in trying to do better | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ |
| 5. USE OF TIME: | Uses available time wisely - is punctual reporting to work - absenteeism - accomplishes required work on or ahead of schedule | ☐ | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ |
| 6. PLANNING: | Sets realistic objectives - anticipates and prepares for future requirements - establishes logical priorities | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 7. FOLLOW-UP: | Maintains control of workloads - allocates resources economically - insures that assignments are completed accurately and timely | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 8. HUMAN RELATIONS: | Establishes and maintains cordial work climate – promotes harmony and enthusiasm - displays sincere interest in assisting other employees | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 9. LEADERSHIP: | Sets high standards - provides good managerial example - encourages subordinates to perform efficiently - communicates effectively | ☐ | N/A | ☐ | ☐ | N/A | ☐ | ☐ |
| 10. SUBORDINATE DEVELOPMENT: | Helps subordinates plan career development - trains potential replacements - gives guidance and counsel | ☐ | N/A | ☐ | ☐ | N/A | ☐ | ☐ |

000872

| EMPLOYEE'S NAME – LAST, FIRST, MIDDLE |
|---|
| JENNINGS, MARK |

**PART III. REMARKS BY SUPERVISOR**

Document the ratings checked in Part I and II.
Comment on employee's outstanding achievements. When "not met" is checked in Part I or "needs improvement" is checked in Part II describe the reasons for this rating, and what remedial steps were taken.

CO Jennings continues to demonstrate good job knowledge of any assignment given him. CO Jennings is very diligent in enforcing all rules and regulations and completes assignments in an accurate and timely manner. CO Jennings remains self-motivated in some areas but during the rating period has had problems with use of time with corrective measures taken. For the above reasons CO Jennings was marked as needs improvement in Part II – #4 and #5 and did not meet his objective in Part I (Use of Time).

**PART IV. EMPLOYEE OBJECTIVES FOR NEXT REPORTING PERIOD.**

To be established by the supervisor with input from the employee. Objectives should be set for each major area of job responsibility, ranking in priority order, and be as measurable as possible. Personal development objectives may be included.

(If you need more space - go to page 6.)

To improve my attendance records (late calls, tardiness, no/call-no/show, etc.) and use of time while on assignments. This objective will be measured by inspections of the time sheets and area of responsibility by a supervisor.

By 12/1/00 successfully complete firearms re-qualification with standard DOC weapons in accordance with A. D. 03.03.103. Objective will be measured by score card kept on file in the Training Office.

By 3/1/01 read I.D. 05.02.101 Use and Control of Tools and be responsible for tools assigned to you in daily operations and report any damage or loss. Objective will be measured by a supervisor reviewing tool loss/damage reports and tool sign out logs.

By 6/1/01 read I.D. 05.01.103 Key Control and demonstrate compliance with this directive by properly inventorying your keys and documenting totals and/or any discrepancies in communications log daily. Objective will be measured by visual inspections of communications log by a Supervisor.

By 9/1/01 maintain area of responsibility in a safe and sanitary manner to include floor care standards. Ensure that any discrepancy is reported and corrected in accordance with I. D. 05.02.140. Objective will be measured by review of reports and command staff inspections.

On-going: Maintain a weapons free environment for EMCC as measured by visual observation, daily zone inspections and random shakedowns of inmates and inmate living areas.

000873

| PART V. EMPLOYEE'S COMMENTS |
|---|
| Employee may comment on all or any part of the information contained in this document, including the evaluation process. If the Employee does not concur with the evaluation, check the appropriate box and explain reasons for disagreement. |
| |

| PART VI. SIGNATURES | | | |
|---|---|---|---|
| EMPLOYEE'S SIGNATURE *[signature]* | PAYROLL TITLE CORRECTIONAL OFFICER | DATE 9-2-00 | on vacation last 2 wks of Aug '00 |
| ☐ I DO NOT CONCUR (USE PART V FOR COMMENTS) | | | |
| SUPERVISOR'S SIGNATURE Lt. Hamilton | PAYROLL TITLE CORRECTIONAL LIEUTENANT | DATE 9-2-00 | |
| ☒ I HAVE PERSONALLY DISCUSSED THE CONTENTS OF THIS DOCUMENT WITH THE EMPLOYEE | | | |
| NEXT HIGHER LEVEL SUPERVISOR SIGNATURE (REVIEW) *[signature]* | PAYROLL TITLE PUBLIC SERVICE ADMINISTRATOR | DATE 9-5-00 | |
| AGENCY HEAD SIGNATURE (REVIEW) Donald N Snyder | DIRECTOR | DATE 9/5/00 | |

PART VII. QUARTERLY PROGRESS REVIEW. (This can be initiated by either the employee or the supervisor.)

The employee and supervisor may meet quarterly to review progress toward previously agreed upon objectives. If the original objectives need to be adjusted, use the space below to document the change. The employee and supervisor should date and initial the document at the time of each review.

| 1st quarter<br>Date 12/1/99<br>Initials:<br>Emp.<br>Sup. LtMH | Conscientious individual-problem with use of time – Proof |
|---|---|
| 2nd quarter<br>Date 3/1/00<br>Initials:<br>Emp.<br>Sup. LtMH | Knowledgeable in all assignments given him – enforces rules to the letter – removed from Proof |
| 3rd quarter<br>Date 6/1/00<br>Initials:<br>Emp.<br>Sup. LtMH | Self-reliant and independent individual-continued problem with use of time - Proof<br><br>000874 |

DS-201 (7/82) IL 401-0569

**State of Illinois**
**DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
Springfield, Illinois

**INDIVIDUAL DEVELOPMENT AND PERFORMANCE SYSTEM**

| 1. EMPLOYEE'S NAME - LAST, FIRST, MIDDLE | 2. DEPARTMENT, BOARD OR COMMISSION | 3. DIVISION OR INSTITUTION |
|---|---|---|
| Jennings, Mark | D.O.C. | E.M.C.C. |
| 4. EMPLOYEE'S SOCIAL SECURITY NUMBER | 5. EMPLOYEE'S PAYROLL TITLE | 6. TIME IN CURRENT TITLE |
| 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 | Correctional Officer | 11 YEARS ___ MONTHS |
| 7. PERIOD OF REPORT  FROM 9/1/2000 TO 9/1/2001 | 8. TYPE OF REPORT  ☒ ANNUAL  ☐ LAYOFF  ☐ FIRST PROBATIONARY  ☐ SALARY INCREASE  ☐ DISCHARGE  ☐ FINAL PROBATIONARY  ☐ INTERIM  ☐ OTHER _____ | |

## GENERAL INFORMATION

The basis, purpose of the Individual Development and Performance system is to let employees know how they are doing, to motivate them, to improve their performance and to justify administrative personnel decisions.

The system attempts to minimize subjective judgments by utilizing a work planning concept of objective setting and feedback. Thus, it helps employee's control and evaluate their progress toward personal as well as organizational objectives.

The establishment of employee objectives is a five-step process which is illustrated as follows:

| | | | | |
|---|---|---|---|---|
| **SUPERVISOR'S RESPONSIBILITY** Set and communicate appropriate objectives | Prepare a list of objectives with employees. Discuss work objectives for this period. | Approve plans of faction for achieving work objectives and review with higher management. | Review progress. Make adjustments as required. Provide coaching and assistance. | Evaluate performance and results for annual appraisal. Prepare list of objectives for next period. |
| **INFORMATION TO BE SHARED** Organization objectives; major job responsibilities; self-development needs | OBJECTIVE SETTING | PLANS OF ACTION FOR JOB TO BE DONE | QUARTERLY PROGRESS REVIEW | EVALUATE PERFORMANCE ANNUALLY RESET OBJECTIVES |
| **EMPLOYEE'S ROLE** Discuss areas of responsibility relating to objectives and self-development needs. | Prepare list of objectives for discussion with supervisor. Discuss work objectives for this period. | Prepare plans of action to meet objectives for approval of supervisor. Perform the job to be done. | Preview progress and discuss any problems with supervisor. | Make self-evaluation and evaluate results for annual appraisal. Prepare list of objectives for next period. |

Each employee will be counseled by his or her supervisor and a copy of this form filed in the individual's personnel folder not less than once every twelve- (12) months. Results of quarterly progress review sessions need be recorded only on copies retained by the employee and the supervisor. **A manual is available which may be obtained from the Department of Central Management Services, Bureau of Personnel.**

A minimum of three (3) copies of this form will be prepared — one for the supervisor, one for the employee, and one for the personnel files. Additional copies may be prepared if needed. If employee's position is at a level (unskilled, etc.) that does not lend itself to objective setting, indicate by inserting "N/A" (Not Applicable) wherever necessary.

## PART I. APPRAISAL OF OBJECTIVES

Supervisor is to list and evaluate __ objectives for which the employee was held accountable during the last reporting period. Mark the appropriate column for each objective.

| Objective | EXCEEDED | MET | NOT MET |
|---|---|---|---|
| To improve my attendance records (late calls, tardiness, no/call-no/show, etc.) and use of time while on assignments. Measured by inspection of time sheets by a Supervisor. | | | X |
| By 12/1/ successfully complete firearms re-qualification with standard DOC weapons in accordance with A. D. 03.03.103. Objective will be measured by score card kept on file in the Training Office. | | X | |
| By 3/1/ read I.D. 05.02.101 Use and Control of Tools and be responsible for tools assigned to you in daily operations and report any damage or loss. Objective will be measured by a supervisor reviewing tool loss/damage reports and tool sign out logs. | | X | |
| By 6/1/01 read I.D. 05.01.103 Key Control and demonstrate compliance with this directive by properly inventorying your keys and documenting totals and/or any discrepancies in communications log daily. Objective will be measured by visual inspections of communications log by a Supervisor. | | X | |
| By 9/1/01 maintain area of responsibility in a safe and sanitary manner to include floor care standards. Ensure that any discrepancy is reported and corrected in accordance with I. D. 05.02.140. Objective will be measured by review of reports and command staff inspections. | | X | |
| On-going: Maintain a weapons free environment for EMCC as measured by visual observation, daily zone inspections and random shakedowns of inmates and inmate living areas. | | X | |

## PART II. GENERAL APPRAISAL OF EMPLOYEE PERFORMANCE

Complete items 1 through 8 for all employees and items 9 and 10 when applicable. Differences between ratings by employee and by supervisor must be discussed.

| # | Category | Description | Employee: Exceeds Expectations | Employee: Meets Expectations | Employee: Needs Improvement | Supervisor: Exceeds Expectations | Supervisor: Meets Expectations | Supervisor: Needs Improvement | Supervisor: Insufficient Opportunity to Observe |
|---|---|---|---|---|---|---|---|---|---|
| 1 | JOB KNOWLEDGE | Knowledge of duties and responsibilities as required for current job or position | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2 | PRODUCTIVITY | Amount of work generated and completed successfully as compared to amount of work expected for this job or position | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 3 | QUALITY | Correctness, completeness, accuracy and economy of work - overall quality | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 4 | INITIATIVE | Self motivation - amount of direction required - seeks improved methods and techniques - consistence in trying to do better | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ |
| 5 | USE OF TIME | Uses available time wisely - is punctual reporting to work - absenteeism - accomplishes required work on or ahead of schedule | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ |
| 6 | PLANNING | Sets realistic objectives - anticipates and prepares for future requirements - establishes logical priorities | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 7 | FOLLOW-UP | Maintains control of workloads - allocates resources economically - insures that assignments are completed accurately and timely | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 8 | HUMAN RELATIONS | Establishes and maintains cordial work climate - promotes harmony and enthusiasm - displays sincere interest in assisting other employees | ☐ | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ |
| 9 | LEADERSHIP | Sets high standards - provides good managerial example - encourages subordinates to perform efficiently - communicates effectively | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 10 | SUBORDINATE DEVELOPMENT | Helps subordinates plan career development - trains potential replacements - gives guidance and counsel | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

MS-201 (7/82) IL 401-0569

00876

Page 2 of 8

EMPLOYEE NAME – LAST, FIRST, MIDDLE

Jennings, Mark

## PART III. REMARKS BY SUPERVISOR

Document the ratings checked in Part I and II.
Comment on employee's outstanding achievements. When "not met" is checked in Part I or "needs improvement" is checked in Part II describe the reasons for this rating, and what remedial steps were taken.

CO Jennings continues to demonstrate good job knowledge and is able to handle any assignment given to him. CO Jennings is able to complete his assignments in an accurate and timely manner and is diligent in enforcing rules and regulations. CO Jennings is self motivated but during this rating pereiod he has had problems with his use of time which corrective measures were taken and for this reason CO Jennings was marked with needs improvement in part II #4 & #5 and didi not meet his objective in Part I (use of time). CO Jennings also has had a problem with other staff members and was marked needs improvement in #8 (Human Relations) for this reason.

## PART IV. EMPLOYEE OBJECTIVES FOR NEXT REPORTING PERIOD.

To be established by the supervisor with input from the employee. Objectives should be set for each major area of job responsibility, ranking in priority order, and be as measurable as possible. Personal development objectives may be included.

Take the initiative to plan on completing this reporting period by accumulating an additional six (6) sick days on the books. This will be measured by reviewing time sheets on a quarterly basis.

By 12/1/01 read A. D. 05.01.112 Disposal of Contraband and demonstrate compliance by accurately filling out a DC 252, attach to contraband and turn over to Shift Commander. Objective will be measured by visual inspection of DC 252 and contraband by a Supervisor.

By 3/1/02 review Fire Plan I.D. 05.02.110. This will be measured by Supervisor during fire drills, procedures used, and knowledge of extinguishers (what types and when they are used).

By 6.1.02 read I.D. 05.02.111 on Maintenance and Use of Self Contained Breathing apparatus and demonstrate (when asked to do so) the proper way to put on and use Scott Air Packs. Objective will be measured by visual observance of demonstration by a Supervisor.

On-going: Maintain a weapons free environment for EMCC as measured by visual observation, daily zone inspections and random shakedowns of inmates and inmate living areas.

00877

## PART V. EMPLOYEE'S COMMENTS

Employee may comment on all or any part of the information contained in this document, including the evaluation process. If the Employee does not concur with the evaluation, check the appropriate box and explain reasons for disagreement.

## PART VI. SIGNATURES

| EMPLOYEE'S SIGNATURE | PAYROLL TITLE | DATE |
|---|---|---|
| [signature] | Correctional Officer | 8-23-01 |

☐ I DO NOT CONCUR (USE PART V FOR COMMENTS)

| SUPERVISOR'S SIGNATURE | PAYROLL TITLE | DATE |
|---|---|---|
| Lt. Hamilton | Correctional Lieutenant | 8-23-01 |

☒ I HAVE PERSONALLY DISCUSSED THE CONTENTS OF THIS DOCUMENT WITH THE EMPLOYEE

| NEXT HIGHER LEVEL SUPERVISOR SIGNATURE (REVIEW) | PAYROLL TITLE | DATE |
|---|---|---|
| Stephen B. [signature] | Public Service Administrator | 8-24-01 |

| AGENCY HEAD SIGNATURE (REVIEW) | | DATE |
|---|---|---|
| Donald N. [signature] | Director | 8/27/01 |

## PART VII. QUARTERLY PROGRESS REVIEW. (This can be initiated by either the employee or the supervisor.)

The employee and supervisor may meet quarterly to review progress toward previously agreed upon objectives. If the original objectives need to be adjusted, use the space below to document the change. The employee and supervisor should date and initial the document at the time of each review.

| | |
|---|---|
| 1st quarter<br>Date 12/1/2000<br>Initials:<br>Emp. [initials]<br>Sup. [initials] | No problems noted during this period. |
| 2nd quarter<br>Date 3/1/2001<br>Initials:<br>Emp. [initials]<br>Sup. [initials] | Counselled during this period for tardiness |
| 3rd quarter<br>Date 6/1/2001<br>Initials:<br>Emp. [initials]<br>Sup. [initials] | Needs to continue to work on his use of time. Currently on proof status |

00878