UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MARK JENNINGS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 03-4087 ) |
| STATE OF ILLINOIS, by its Departmental Unit, THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) ) ) |
| Defendant. | ) ) |

## AFFIDAVIT OF HARRY HITCHCOCK

STATE OF ILLINOIS      )
                       ) ss.
COUNTY OF ROCK ISLAND  )

Harry Hitchcock, being first duly sworn, upon oath, states as follows:

1. I, Harry Hitchcock, am of legal age and am competent and have personal knowledge of the facts set forth in this Affidavit.

2. That for the calendar years 2001 and 2002, I served as a union representative for American Federal, State County and Municipal Employees at the Illinois Department of Corrections facility at the East Moline Correctional Center.

3. That during said time I was employed by the Department of Corrections, as a Correctional Officer and a Sergeant.



EXHIBIT E

2

4. That in late 2001 or early 2002, Mark Jennings, after completing work on third shift, approached me to make a complaint about the Chief of Security, Major Stephen Wright. Mr. Jennings had informed me that Major Wright had confronted him during his work shift and had called Mr. Jennings a "lazy Mexican." I asked Mr. Jennings if he wanted to pursue grievance charges against Mr. Wright, but Mr. Jennings informed me that he did not because he did not want to create problems for himself.

5. That in the summer of 2001, Mr. Jennings had requested additional education and training classes in order to assist him in being able to perform his duties as a correctional officer and in order to be eligible for further promotional opportunities within the Department of Corrections. Mr. Jennings was turned down for his request for additional training and education. He informed me of this fact and asked me if I could, as a union representative, inquire as to why he was not receiving the training.

6. I subsequently discussed this issue with Major Stephen Wright. Mr. Wright stated to me that he knew nothing about Mr. Jennings' request for additional training. He also stated that the East Moline Correctional Facility already had enough token Mexicans in managerial positions at the Department of Corrections. Specifically, at that time, he referenced Lieutenant Anthony Gonzales and referred to him as "Token

3

Mr. Wright stated that he would never recommend Mr. Jennings for further training. I asked him why and he told me he does not like Mr. Jennings.

7. Later in 2001 after my conversation with Mr. Wright, I approached Warden Gary Wyant about the fact that Mr. Jennings and other Hispanic employees at the East Moline Correctional Center were being turned down by managers, such as Steve Wright, for additional training and education. I informed Warden Wyant that this type of training and continuing education results in the ability of these employees to compete for promotional opportunities. Warden Wyant stated to me that it was his belief that affirmative action is nothing less than reverse discrimination and that what goes around comes around.

Further affiant sayeth naught.

_____
Harry Hitchcock

Subscribed and sworn to before me, a Notary Public, this 6th day of July, 2005.

_____
Notary Public

OFFICIAL SEAL
STEPHEN T. FIEWEGER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-24-2008

s:\wp\worddoc\11065001.08A

## TADLOCK, ALAN

**From:** WYANT, GARY
**Sent:** Tuesday, February 26, 2002 8:22 AM
**To:** MONTGOMERY, JESSE; PAGE, THOMAS; TADLOCK, ALAN
**Subject:** FW: Turner B11090

This investigation remains centered around Officer Jennings and his actions, trading and trafficking with inmates Turner B11090, Mantulla N10463, Riggs B12025 and Davila R00947. Attached please find a worksheet. A brief synopsis is as follows:

- Inmates Turner, Riggs, Mantulla and Davila all admit to trading and trafficking with Officer Jennings.
- The primary item traded and trafficked has been Black and Mild cigars, however inmate statements indicate that Spices, Sunflower Seeds, Chewing Gum, and a Wrist Watch has been brought into the facility by Officer Jennings and given to inmates in exchange for shoes (tennis shoes and work boots), a Panasonic razor, cigarettes and extra food for Officer Jennings.
- We are in possession of Sunflower Seeds (brand not available at East Moline Commissary), a wrist watch (brand not available and not processed through personal property), spices (not available through commissary) and cologne (again not available).
- In review of personal property records and trust fund accounts we have verified the statements of purchasing shoes and Panasonic razor.
- A second part of this investigation indicates that Supply Supervisor John Krup may have traded and trafficked with inmate Peeples N82826 and Krodel B35546. Inmate Turner alleges that he observed Krup hand inmate Krodel an envelope with two pono magazines in it dated 2002 and 5 packs of Black and Mild cigars.
- Additionally inmate Turner alleges that he has observed Officer Bea give inmate Hamilton K72756 Black and Mild cigars for doing work on Dorm 12.
- Inmates Rogers B13292, Mantulla N10463, Turner B11090, Riggs B12025, Peeples N82826, Krodel B35546, Hamilton K72756 and Davila R00947 have been dropped (all negative), interviewed and placed in Segregation. Internal Affairs has gone through their property closely and reviewed and trust fund accounts and personal property sheets.
- No Staff interviews have been conducted at this time.
- Inmate Turner's MSR date is 3/19/02. Inmate Mantulla N10463 alleges that he has assisted Internal Affairs at Graham C.C., ATF and Ill. State Police in Investigations and we have found he does have several KSF's.

I am awaiting the assignment of an Investigator and not proceeding with Interviews of Staff at this time. I am interested in moving inmates Turner B11090, Mantulla N10463, Riggs B12025, Davila R00947, and Krodel B35546. Inmates Turner B11090, Mantulla N10463 and possibly Davila R00947 may need polygraph. I feel it would be in our best interest to move these inmates so as not to compromise the investigation by the involved inmates talking to staff about the investigation.

Gary L Wyant
Warden
East Moline C.C.



EXHIBIT F

000015

P / OF /    ATTACHMENT /