UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| MARK JENNINGS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 03-CV-4087 |
| STATE OF ILLINOIS, by its Departmental Unit, THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) ) ) ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

NOW COMES Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by its attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby moves for an enlargement of time of seven (7) days, up to and including July 29, 2005, in which to file its reply to Plaintiff's response to Defendant's Motion for Summary Judgment. In support thereof, Defendant states as follows:

1. Defendant's reply to Plaintiff's response to Defendant's Motion for Summary Judgment is due on July 22, 2005.

2. The undersigned has been diligently working on a reply, but has been unable to finish it due to being out of state on a long-planned family vacation the week of July 18, 2005.

3. The undersigned attorney respectfully requests that the Court enter an order granting Defendant an additional seven (7) days in which to file its reply to Plaintiff's response to Defendant's Motion for Summary Judgment.

4. This motion is not made for purposes of undue delay.

5. It is in the interest of justice to allow the Defendant until July 29, 2005, to file its reply to Plaintiff's response to Defendant's Motion for Summary Judgment.

1

6. The undersigned's office conferred with Plaintiff's counsel, and he has no objection to this enlargement of time.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an order allowing it an additional seven (7) days, up to and including July 29, 2005, in which to file its reply to Plaintiff's response to Defendant's Motion for Summary Judgment.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF CORRECTIONS,

      Defendant,

    LISA MADIGAN, Attorney General
    of the State of Illinois,

William E. Jarvis, #6207097    Attorney for Defendant,
Assistant Attorney General
500 South Second Street
Springfield, IL 62706    By: /s/ William E. Jarvis
(217) 785-4555        WILLIAM E. JARVIS
        Assistant Attorney General

Of Counsel.

## CERTIFICATE OF SERVICE

    I hereby certify that on July 19, 2005, I electronically filed Defendant's Motion for Enlargement of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stephen T. Fieweger
Katz, Huntoon & Fieweger, P.C.
200 Plaza Office Building
P.O. Box 3250
Rock Island, IL 61204-3250
sfieweger@katzlawfirm.com

and I hereby certify that on July 19, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

        None

Respectfully Submitted,
/s/ William E. Jarvis
William E. Jarvis
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
Phone: (217) 785-4555
Fax:   (217) 524-5091
E-Mail: wjarvis@atg.state.il.us
Attorney Bar #: 6207097