IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MARK JENNINGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) NO. 03-4087 |
| | ) |
| vs. | ) |
| | ) |
| STATE OF ILLINOIS, by its | ) |
| Departmental Unit, THE ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

The undersigned certifies that on **May 4, 2005,** a true and correct copy of the following discovery document(s): SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 3 to Defendant, along with a copy of this notice was served on the attorney(s) of record herein by sealing in a postage prepaid envelope and depositing in the U. S. Mail at Moline, Illinois to such party at his address as follows:

William E. Jarvis
Assistant Attorney General
500 South Second Street
Springfield, IL  62706

KATZ, HUNTOON & FIEWEGER, P.C.

By: _____
Stephen T. Fieweger
Attorneys for Plaintiff

For:
KATZ, HUNTOON & FIEWEGER, P.C.
1000-36th Avenue
Moline, IL 61265
Tel:  309/797-3000
Fax: 309/797-2167

H:\NOTDISC\Jennings.doc



EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MARK W. JENNINGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 03-4087 |
| | ) |
| STATE OF ILLINOIS by its | ) |
| Departmental Unit, THE ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S SUPPLEMENTAL ANSWER TO INTERROGATORY 3**

Now comes the plaintiff, Mark Jennings, by and through his attorneys, Katz, Huntoon, & Fieweger, P.C. and hereby states for his Supplemental Answer to the Interrogatory 3 states as follows:

**Interrogatory No. 3:** State the full name and address of each person who witnessed or claims to have witnessed the occurrence(s) alleged in the complaint and specify which occurrences each person witnessed.

ANSWER:

Steven Slocum, Union representative, c/o East Moline Corrections Center. Mr. Slocum has personal knowledge of the facts set forth in the Complaint concerning disparate treatment of the plaintiff compared to others similarly situated Department of Correction employees at the East Moline Correctional Center and has knowledge concerning the pretextual reasons for termination of plaintiff.

2

Tony McCubbin, Union representative, c/o East Moline Corrections Center. Mr. McCubbin has personal knowledge of the facts set forth in the Complaint concerning disparate treatment of the plaintiff compared to others similarly situated Department of Correction employees at the East Moline Correctional Center and has knowledge concerning the pretextual reasons for termination of plaintiff.

Harry Hitchcock, Union representative, c/o East Moline Corrections Center. Mr. Hitchcock has personal knowledge of the facts set forth in the Complaint concerning disparate treatment of the plaintiff compared to others similarly situated Department of Correction employees at the East Moline Correctional Center and has knowledge concerning the pretextual reasons for termination of plaintiff.

MARK W. JENNINGS, Plaintiff

By:_____
Stephen T. Fieweger

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
1000 - 36th Avenue
P.O. Box 950
Moline, IL  61266-0950
Telephone: 309-797-3000
Fax: 309-797-3330

s:\wp\worddoc\11065001.01S