E-FILED
Friday, 29 July, 2005 02:50:20 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MARK W. JENNINGS, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 03-4087 |
| DEPARTMENT OF CORRECTIONS, | ) |
| Defendant. | ) |

### INTERROGATORIES DIRECTED TO PLAINTIFF JENNINGS

Pursuant to Rule 33 of the Federal Rules of Civil Procedure (Fed. R. Civ. P. 33), Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, hereby requests that you answer in writing and under oath, within 30 days from receipt of them, the following interrogatories:

**Interrogatory No. 1:**

State your full name, any nicknames, present address, date and place of birth, and social security number.

**Response:**



**Interrogatory No. 2:**

Have you ever been convicted of a felony or misdemeanor? If your answer to the preceding interrogatory is in the affirmative, please state:

a.   the nature, place and date of crime;


EXHIBIT 1

    b.    the date of your sentencing; and

    c.    name and address of the court where your case was tried.

**Response:**

### Interrogatory No. 3:

State the full name and address of each person who witnessed or claims to have witnessed the occurrence(s) alleged in the complaint and specify which occurrences each person witnessed.

**Response:**

### Interrogatory No. 4:

State the full name and address of each person not named in the above interrogatory who was present or claims to have been present at the alleged occurrence(s) immediately before, at the time of, or immediately after said occurrence(s).

**Response:**

### Interrogatory No. 5:

Identify all persons, other than your attorney, with whom you have discussed any of the facts upon which your complaint is based, and provide a synopsis of each discussion, including the date and place where the discussion occurred.

**Response:**

### Interrogatory No. 6:

Do you allege or contend that the defendant discriminated against you on the basis of your race, gender or national origin? If your answer to the preceding interrogatory is in the affirmative, for each act of discrimination, set forth in detail:

(a) date, time and location at which the act or acts occurred;

(b) name and title or position of each employee who committed the act or acts;

(c) name, title or position (or if not employed by the Illinois Department of Corrections, the address and occupation of any individual) present when such act or acts took place;

(d) a description of the sequence of events leading up to and culminating with the act or acts complained of; and

(e) the identity of the person whom you informed about the alleged discrimination against you (by stating date, writer, addressee and verbatim contents) and attach copies of all documents concerning and describing such act or acts.

**Response:**

**Interrogatory No. 7:**

State whether you reported any of the acts identified in the preceding interrogatories to any supervisor or other employee of the IDOC, and if so, set forth in detail:

- (a) date, time, and location at which you reported the act or acts;
- (b) name and title or position of each employee to whom you reported the act or acts;
- (c) name and title or position (or if not employed by the Illinois Department of Corrections, the address and occupation of any other individual) in whose presence you reported the act or acts;
- (d) the actions, if any, taken by the person to whom you reported the act, including any investigation and disciplinary action taken by the Illinois Department of Corrections against each individual who allegedly committed the act; and,
- (e) the identity of the person whom you claim discriminated against you (by stating date, writer, addressee and verbatim contents) and attach copies of all documents concerning or describing the reporting of the act.

**Response:**

**Interrogatory No. 8:**

Are you claiming that the IDOC took an adverse employment action against you? If the answer to this interrogatory is in the affirmative, please state as follows:

- (a) the nature of the alleged adverse employment action;
- (b) date, time, and location of each adverse employment action;
- (c) the name and title or position of each employee who took adverse employment actions against you;

4

    (d)    a description of the sequence of events leading up to and culminating with the act or acts complained of; and the specific nature of any material change in the terms and conditions of your employment;

    (e)    the identity of the person whom you claim discriminated against you (by stating date, writer, addressee and verbatim contents) and attach copies of all documents concerning and describing such act or acts; and

    (f)    the identity of each of the persons who witnessed each adverse employment action.

**Response:**

**Interrogatory No. 9:**

Are you claiming that the defendants have disciplined you in a discriminatory manner? If the answer to this interrogatory is in the affirmative, please state as follows:

    (a)    the date and time each disciplinary action was taken against you;

    (b)    name and title or position of each employee who imposed discipline against you;

    (c)    a description of the sequence of events leading up to and culminating with that imposition of discipline;

    (d)    the work/personnel rule you were charged with having violated; and

    (e)    identify by name and position every non-black employee of the defendant whom you claim was treated differently for similar violations of Defendant's policies and state with respect to each employee so identified how each was treated differently.

**Response:**

**Interrogatory No. 10**

Please state the name, address and telephone of all similarly situated persons you claim received more favorable treatment in the terms and conditions of employment.

**Response:**

Respectfully submitted,

DEPARTMENT OF CORRECTIONS,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois

Attorney for Defendant,

By: _____
WILLIAM E. JARVIS
Assistant Attorney General

William E. Jarvis, #6207097
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
(217) 782-9026

Of Counsel.

## CERTIFICATE OF SERVICE

I, William E. Jarvis, herein certify that I have served a copy of the foregoing **INTERROGATORIES DIRECTED TO PLAINTIFF JENNINGS** upon:

Stephen F. Fieweger
Katz, Huntoon & Fieweger
200 Plaza Office Building
1705 Second Avenue
Post Office Box 3250
Rock Island, Illinois 61204-3250

by causing to be sent a true copy thereof at the addresses referred to above in an envelope duly addressed bearing proper first class postage and deposited in the United States mail at Springfield, Illinois on April 2, 2004.

WILLIAM E. JARVIS
Assistant Attorney General

William E. Jarvis, #6207097
Assistant Attorneys General
500 South Second Street
Springfield, Illinois 62706
(217) 785-4555