E-FILED
Thursday, 11 August, 2005 03:46:21 PM
Clerk, U.S. District Court, ILCD

THE LAW FIRM OF
# KATZ, HUNTOON & FIEWEGER, P.C.

MARTIN H. KATZ
H. KARL HUNTOON*
DALE G. HAAKE*
FRANK L. NOWINSKI*
BRIAN S. NELSON
STEPHEN T. FIEWEGER*
JOHN F. DOAK*
THOMAS E. CADY*
ANDREW M. RINK*
CHRISTINE A. GEUTHER*

1000 - 36TH AVENUE
P.O. Box 950
MOLINE, IL 61266-0950

309-797-3000: VOICE
309-797-3330: FAX

OF COUNSEL
PETER C. FIEWEGER*
FRANK R. EDWARDS

May 3, 2005

*ALSO LICENSED IN IOWA

OUR FILE: 11065-1

Mr. William Jarvis
Assistant Attorney General
500 South Second Street
Springfield, IL 62706

Re:   Mark Jennings v. State of Illinois
      No. 03-4087

Dear Bill:

As a follow-up, after our deposition with Mr. Jennings we have the following witnesses besides those who were identified in Mr. Jennings deposition:

   1.  Tony McCubbin, c/o East Moline Correctional Center. Mr. McCubbin has knowledge concerning disparate treatment in discipline based on the fact that he was a union representative.

   2.  Steven Slocum. Mr. Slocum has knowledge concerning the disparate treatment and discipline of Mark Jennings based on his union representative position.

   3.  Rick Lind. Mr. Lind has knowledge concerning the disparate treatment of Mark Jennings based on his union representative position.

   4.  Craig Hart. Mr. Hart has knowledge concerning his misconduct of bringing whiskey into the premises and providing it to inmates.

Please consider this a supplementation to our Rule 26(a) disclosures and Answers to Interrogatories. If you have any questions don't hesitate to call me.

Very truly yours,

KATZ, HUNTOON & FIEWEGER, P.C.

Stephen T. Fieweger

STF/tkk
s:\wp\wordltr\11065001.02L

EXHIBIT 1