# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

**PRINTED**

### EMPLOYEE INFORMATION

| 02 SOCIAL SECURITY NO. |
|---|
| 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 |

| 03 LAST NAME | FIRST | 04 INIT | 05 SEX | 06 RACE | 07 VET | EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| HUSKEY | ROBERT | V | | | | | |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| | | | | | |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD. COM | 21 PAYROLL DEPT. | CODE APPROP. | 22 CORRECTED SOCIAL SECURITY NO. | 22A BARGAINING UNIT CODE | 22B PERF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY / DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STATUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 08-29-83 | 08-29-83 | 02-01-89 | | | 08-08-99 | | |

### POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| | | | | | | |

### TRANSACTION INFORMATION

| | 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIORITY |
|---|---|---|---|---|
| 1 | SUSPENSION 30 DAYS OR LESS | BA082 | 07-09-99 | |
| 2 | SUSPENSION RETURN | BA085 | 08-08-99 | |
| 3 | | | | |
| 4 | | | | |

**CODES**

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROS. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
B-PARTIAL EXTENSION

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

**REMARKS:** 30 DAY SUSPENSION

CORRECTED FORM

**EXHIBIT F**

000628

| EMPLOYEES SIGNATURE (REQ ON VOL ACTION) | DATE | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC | DATE | AGENCY BUDGETARY (OPTIONAL) Gary L. Wyant, Warden 3-6-00 | DATE |
| MAIL ☐ IN PERSON ☐ DIRECTOR OF CENTRAL MANAGEMENT SERVICES | DATE | AGENCY HEAD APPROVAL | DATE |

(1-83)
0679

## EMPLOYEE INFORMATION

| 03 LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| HUSKEY | ROBERT | V | | | | | |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| | | | | | |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD. COM | 21 PAYROLL DEPT. | CODE APPROP. | 22 CORRECTED SOCIAL SECURITY NO. | 22A BARGAINING UNIT CODE | 22B PERF- CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Q | 00 | 07 | 3030.000 | M | F | | 29 | 163 | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY / DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STATUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 8-29-83 | 08-29-83 | 02-01-89 | | A | | | |

## POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

## ACTION INFORMATION

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIORITY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| DISCHARGE REVERSAL | BA146 | 08-08-99 | |

### CODES

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROS. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
B-PARTIAL EXTENSION

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

ARBITRATION RESOLUTION ATTAHHED

J00629

SIGNATURE (REQ ON VOL ACTION) / DATE
F PERSON SERVING SUS/DISC
IN PERSON ☐
CENTRAL MANAGEMENT SERVICES / DATE

AGENCY APPROVAL (OPTIONAL) / DATE
AGENCY BUDGETARY (OPTIONAL) / DATE — Gary L Wyant, Warden  3-2-00
AGENCY HEAD APPROVAL / DATE