UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MARK JENNINGS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 03-CV-4087 |
| STATE OF ILLINOIS, by its Departmental Unit, THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) ) ) |
| Defendant. | ) ) |

**MOTION FOR LEAVE TO FILE A REPLY TO THE RESPONSE TO THE MOTION TO STRIKE PLAINTIFF'S AFFIDAVITS IN OPPOSITION TO SUMMARY JUDGMENT**

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to CDIL-LR 7.1(B)(1) hereby submits its Motion for Leave to File a Reply to the Response to the Motion to Strike Plaintiff's Affidavits in Opposition to Summary Judgment, and in support thereof represents unto the Court as follows:

1.      On June 17, 2005, Defendant filed a motion requesting that summary judgment be granted in its favor asserting Plaintiff had not presented evidence of comparable employees.  Defendant also argued that Plaintiff had presented no evidence that defendant proffered a reason for discharging him–that he had engaged in trading and trafficking with state prisoners–was pretextual.

2.      On July 8, 2005, Plaintiff filed his Response to Defendant's Motion for Summary Judgment.  Plaintiff included inter alia affidavits of three of Plaintiff's union representatives, to wit: Rick Lind, Steve Slocum, and Harry Hitchcock.

3. By means of these affidavits, Plaintiff attempts to make a case for racial and national origin discrimination under the direct method of proof.

4. Because Plaintiff never served initial disclosures on Defendant, and did not otherwise identify Mr. Lind, Mr. Slocum, or Mr. Hitchcock as persons possessing information regarding racially discriminatory comments, Defendant filed a motion to strike the Lind, Slocum, and Hitchcock affidavits on July 29, 2005.

5. Plaintiff responded to Defendant's motion to strike on August 11, 2005. In his response, Plaintiff argued that he had previously disclosed Mr. Lind, Mr. Slocum, and Mr. Hitchcock to Defendant. Plaintiff attached a copy of an unsigned letter naming "Tony McCubbin," "Steven Slocum," "Rick Lind," and "Craig Hart" (but not Harry Hitchcock) as potential witnesses. Plaintiff suggested his counsel had served the unsigned letter on Defendant's counsel on May 3, 2005.

6. Defendant never received Plaintiff's May 3, 2005 letter.

7. Since Defendant never received the May 3, 2005 letter; and since Plaintiff misrepresents that Defendant was informed Mr. Lind and Mr. Hart would testify at trial regarding particular information, Defendant requests leave to reply to Plaintiff's response.

8. Defendant alternatively requests leave to reply to Plaintiff's Response to Motion to Strike Plaintiff's Affidavits because the Lind, Slocum, and McCubbin Affidavits surpass that which might be reasonably inferred from the descriptions contained within Plaintiff's counsel's May 3, 2005 letter regarding their potential testimony.

9. Attached hereto as Exhibit A is Defendant's proposed reply.

WHEREFORE, the defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, respectfully prays the Court grant its Motion for Leave to Reply.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF CORRECTIONS,

        Defendant,

    LISA MADIGAN, Attorney General
    of the State of Illinois,

William E. Jarvis, #6207097        Attorney for Defendant,
James F. Ehrenberg, Jr., #6274865
Assistant Attorneys General
500 South Second Street
Springfield, IL 62706        By: /s/ William E. Jarvis
(217) 785-4555                  WILLIAM E. JARVIS
                                Assistant Attorney General

Of Counsel.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 17, 2005, I electronically filed Defendant's Motion for Leave to File a Reply to the Response to the Motion to Strike Plaintiff's Affidavits in Opposition to Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stephen T. Fieweger
Katz, Huntoon & Fieweger, P.C.
200 Plaza Office Building
P.O. Box 3250
Rock Island, IL 61204-3250
sfieweger@katzlawfirm.com

and I hereby certify that on August 17, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

    None

Respectfully Submitted,
/s/ William E. Jarvis
William E. Jarvis
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
Phone:  (217) 785-4555
Fax:      (217) 524-5091
E-Mail: wjarvis@atg.state.il.us
Attorney Bar #:  6207097