E-FILED
Wednesday, 17 August, 2005 04:26:50 PM
Clerk, U.S. District Court, ILCD

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) ss. | *Jennings v. IDOC, et al.* |
| COUNTY OF SANGAMON | ) | USDC-CD IL 03-4087 |

## AFFIDAVIT

I, William E. Jarvis, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify, and if called to testify would state as follows:

1. I am an Assistant Attorney General assigned to the General Law Bureau located in Springfield, Illinois.

2. The Attorney General's Office has a docketing system which tracks all incoming mail, including but not limited to court pleadings, orders of the court, and attorney correspondence. A docketing clerk for the General Law Bureau is assigned the task of recording all incoming mail.

3. On or about December 19, 2003, I was assigned to represent the interest of the Department of Corrections in <u>Jennings v. Illinois Department of Corrections</u>, Case No. 03-CV-4087.

4. On or about April 2, 2004, I served Plaintiff's counsel with written Interrogatories pursuant to Federal Rule of Civil Procedure 33. (Attached hereto as Exhibit 1.)

5. Interrogatory number 3 asked Plaintiff to identify the "full name and address of each person who witnessed or claims to have witnessed the occurrence(s) alleged in the complaint and specify which occurences each person witnessed."

6. On June 17, 2005, Defendant filed its Motion for Summary Judgment and Supporting Memorandum.

EXHIBIT A

7.  Approximately three weeks later, on July 8, 2005, Plaintiff filed his response to Defendant's Motion for Summary Judgment. Appended to that response were affidavits from Rick Lind, Steve Slocum and Harry Hitchcock. Several paragraphs from those affidavits related to racially derogatory comments purportedly made by Warden Gary Wyant and Major Steve Wright.

8.  Prior to commencing work on Defendant's reply brief, I directed legal assistant, Lisa Weitekamp, to conduct a thorough search of the complete office file for the above-captioned case, as well as the Attorney General's docketing system, to locate any and all discovery responses pertaining to Plaintiff's witnesses Lind, Slocum or Hithcock.

9.  Ms. Weitekamp was unable to locate Plaintiff's initial disclosures and answers to Defendant's written interrogatories. Rather, the only discovery found in either the office file or docketing sytem was Plaintiff's Supplemental Response to Interrogatory No. 3. (Attached hereto as Exhibit 2.)

10. In order to confirm the extent of discovery found in the Attorney General's Office file, affiant directed Ms. Weitekamp to contact the law office of Stephen Fiewger to obtain copies of Plaintiff's initial disclosures and responses to interrogatories.

11. After Ms. Weitekamp received no response to her repeated requests, affiant sent Attorney Fieweger a letter, via fax, again requesting a copy of Plaintiff's initial disclsures and responses to interrogatories (attached hereto and incorporated by reference as Exhibit 3).

12. Affiant never received a response to that correspondence.

2

13. In addition, affiant denies ever receiving a copy of Mr. Fieweger's May 3, 2005 correspondence. (That letter was attached as an exhibit to Plaintiff's Resistance to Defendant's Motion to Strike.)

FURTHER AFFIANT SAYETH NOT.

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

_____
WILLIAM E. JARVIS

Subscribed and sworn to before me this 17th day of August, 2005.

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Notary Public

OFFICIAL SEAL
THERESA M. FLINN
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-7-2006

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MARK W. JENNINGS, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>DEPARTMENT OF CORRECTIONS, )<br>)<br>Defendant. ) | No. 03-4087 |

### INTERROGATORIES DIRECTED TO PLAINTIFF JENNINGS

Pursuant to Rule 33 of the Federal Rules of Civil Procedure (Fed. R. Civ. P. 33), Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, hereby requests that you answer in writing and under oath, within 30 days from receipt of them, the following interrogatories:

**Interrogatory No. 1:**

State your full name, any nicknames, present address, date and place of birth, and social security number.

**Response:**



**Interrogatory No. 2:**

Have you ever been convicted of a felony or misdemeanor? If your answer to the preceding interrogatory is in the affirmative, please state:

    a.    the nature, place and date of crime;



EXHIBIT 1

    b.    the date of your sentencing; and

    c.    name and address of the court where your case was tried.

**Response:**

### Interrogatory No. 3:

State the full name and address of each person who witnessed or claims to have witnessed the occurrence(s) alleged in the complaint and specify which occurrences each person witnessed.

**Response:**

### Interrogatory No. 4:

State the full name and address of each person not named in the above interrogatory who was present or claims to have been present at the alleged occurrence(s) immediately before, at the time of, or immediately after said occurrence(s).

**Response:**

2

### Interrogatory No. 5:

Identify all persons, other than your attorney, with whom you have discussed any of the facts upon which your complaint is based, and provide a synopsis of each discussion, including the date and place where the discussion occurred.

**Response:**



### Interrogatory No. 6:

Do you allege or contend that the defendant discriminated against you on the basis of your race, gender or national origin? If your answer to the preceding interrogatory is in the affirmative, for each act of discrimination, set forth in detail:

(a) date, time and location at which the act or acts occurred;

(b) name and title or position of each employee who committed the act or acts;

(c) name, title or position (or if not employed by the Illinois Department of Corrections, the address and occupation of any individual) present when such act or acts took place;

(d) a description of the sequence of events leading up to and culminating with the act or acts complained of; and

(e) the identity of the person whom you informed about the alleged discrimination against you (by stating date, writer, addressee and verbatim contents) and attach copies of all documents concerning and describing such act or acts.

**Response:**

3

**Interrogatory No. 7:**

State whether you reported any of the acts identified in the preceding interrogatories to any supervisor or other employee of the IDOC, and if so, set forth in detail:

- (a) date, time, and location at which you reported the act or acts;
- (b) name and title or position of each employee to whom you reported the act or acts;
- (c) name and title or position (or if not employed by the Illinois Department of Corrections, the address and occupation of any other individual) in whose presence you reported the act or acts;
- (d) the actions, if any, taken by the person to whom you reported the act, including any investigation and disciplinary action taken by the Illinois Department of Corrections against each individual who allegedly committed the act; and,
- (e) the identity of the person whom you claim discriminated against you (by stating date, writer, addressee and verbatim contents) and attach copies of all documents concerning or describing the reporting of the act.

**Response:**




**Interrogatory No. 8:**

Are you claiming that the IDOC took an adverse employment action against you? If the answer to this interrogatory is in the affirmative, please state as follows:

- (a) the nature of the alleged adverse employment action;
- (b) date, time, and location of each adverse employment action;
- (c) the name and title or position of each employee who took adverse employment actions against you;

4

    (d)    a description of the sequence of events leading up to and culminating with the act or acts complained of; and the specific nature of any material change in the terms and conditions of your employment;

    (e)    the identity of the person whom you claim discriminated against you (by stating date, writer, addressee and verbatim contents) and attach copies of all documents concerning and describing such act or acts; and

    (f)    the identity of each of the persons who witnessed each adverse employment action.

**Response:**

### Interrogatory No. 9:

Are you claiming that the defendants have disciplined you in a discriminatory manner? If the answer to this interrogatory is in the affirmative, please state as follows:

    (a)    the date and time each disciplinary action was taken against you;

    (b)    name and title or position of each employee who imposed discipline against you;

    (c)    a description of the sequence of events leading up to and culminating with that imposition of discipline;

    (d)    the work/personnel rule you were charged with having violated; and

    (e)    identify by name and position every non-black employee of the defendant whom you claim was treated differently for similar violations of Defendant's policies and state with respect to each employee so identified how each was treated differently.

**Response:**

**Interrogatory No. 10**

Please state the name, address and telephone of all similarly situated persons you claim received more favorable treatment in the terms and conditions of employment.

**Response:**

        Respectfully submitted,

        DEPARTMENT OF CORRECTIONS,

        Defendant,

        LISA MADIGAN, Attorney General,
        State of Illinois

William E. Jarvis, #6207097        Attorney for Defendant
Assistant Attorney General        Signature redacted pursuant to
500 South Second Street        USDC-CDIL Adm.Proc. Rule II(I)(1)(f)
Springfield, Illinois  62706        By:
(217) 782-9026        WILLIAM E. JARVIS
        Assistant Attorney General

Of Counsel.

6

## CERTIFICATE OF SERVICE

I, William E. Jarvis, herein certify that I have served a copy of the foregoing

**INTERROGATORIES DIRECTED TO PLAINTIFF JENNINGS** upon:

        Stephen F. Fieweger
        Katz, Huntoon & Fieweger
        200 Plaza Office Building
        1705 Second Avenue
        Post Office Box 3250
        Rock Island, Illinois  61204-3250

by causing to be sent a true copy thereof at the addresses referred to above in an envelope duly addressed bearing proper first class postage and deposited in the United States mail at Springfield, Illinois on April 2, 2004.

        Signature redacted pursuant to
        USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

        WILLIAM E. JARVIS
        Assistant Attorney General

William E. Jarvis, #6207097
Assistant Attorneys General
500 South Second Street
Springfield, Illinois  62706
(217) 785-4555

7

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MARK JENNINGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) NO. 03-4087 |
| | ) |
| vs. | ) |
| | ) |
| STATE OF ILLINOIS, by its | ) |
| Departmental Unit, THE ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

The undersigned certifies that on **May 4, 2005**, a true and correct copy of the following discovery document(s): SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 3 to Defendant, along with a copy of this notice was served on the attorney(s) of record herein by sealing in a postage prepaid envelope and depositing in the U. S. Mail at Moline, Illinois to such party at his address as follows:

William E. Jarvis
Assistant Attorney General
500 South Second Street
Springfield, IL 62706

                                               KATZ, HUNTOON & FIEWEGER, P.C.
                                                   Signature redacted pursuant to
                                                   USDC-CDIL Adm.Proc. Rule II(I)(1)(f)
By:
                                                  Stephen T. Fieweger
                                                  Attorneys for Plaintiff

For:
KATZ, HUNTOON & FIEWEGER, P.C.
1000-36th Avenue
Moline, IL 61265
Tel: 309/797-3000
Fax: 309/797-2167

H:\NOTDISC\Jennings.doc



EXHIBIT 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MARK W. JENNINGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 03-4087 |
| | ) |
| STATE OF ILLINOIS by its | ) |
| Departmental Unit, THE ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S SUPPLEMENTAL ANSWER TO INTERROGATORY 3

Now comes the plaintiff, Mark Jennings, by and through his attorneys, Katz, Huntoon, & Fieweger, P.C. and hereby states for his Supplemental Answer to the Interrogatory 3 states as follows:

**Interrogatory No. 3:** State the full name and address of each person who witnessed or claims to have witnessed the occurrence(s) alleged in the complaint and specify which occurrences each person witnessed.

ANSWER:

Steven Slocum, Union representative, c/o East Moline Corrections Center. Mr. Slocum has personal knowledge of the facts set forth in the Complaint concerning disparate treatment of the plaintiff compared to others similarly situated Department of Correction employees at the East Moline Correctional Center and has knowledge concerning the pretextual reasons for termination of plaintiff.

2

Tony McCubbin, Union representative, c/o East Moline Corrections Center. Mr. McCubbin has personal knowledge of the facts set forth in the Complaint concerning disparate treatment of the plaintiff compared to others similarly situated Department of Correction employees at the East Moline Correctional Center and has knowledge concerning the pretextual reasons for termination of plaintiff.

Harry Hitchcock, Union representative, c/o East Moline Corrections Center. Mr. Hitchcock has personal knowledge of the facts set forth in the Complaint concerning disparate treatment of the plaintiff compared to others similarly situated Department of Correction employees at the East Moline Correctional Center and has knowledge concerning the pretextual reasons for termination of plaintiff.

MARK W. JENNINGS, Plaintiff

By: Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
1000 - 36th Avenue
P.O. Box 950
Moline, IL  61266-0950
Telephone: 309-797-3000
Fax: 309-797-3330

s:\wp\worddoc\11065001.01S



# OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

July 28, 2005

**VIA FACSIMILE 309-797-2167**
**AND FIRST CLASS MAIL**

Mr. Stephen T. Fieweger
Katz, Huntoon & Fieweger, P.C.
200 Plaza Office Building
P.O. Box 3250
Rock Island, IL 61204-3250

    Re:   Mark W. Jennings vs. Illinois Department of Corrections
           USDC-CD Ill. No. 03-4087

Dear Mr. Fieweger:

    My secretary has left several messages over the past couple of days with your office requesting copies of Plaintiff's Initial Disclosures and Answers to Defendant's Interrogatories which we do not locate in our file.

    We are in the process of preparing pleadings to be filed in the next couple of days, and would like to review these documents prior to the filing of those pleadings. You may fax the documents to me at (217) 524-5091.

    Thank you for your cooperation. If you have any questions or concerns, please feel free to contact me at (217) 782-9075.

                                    Sincerely,
                                    Signature redacted pursuant to
                                  USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

                                    William E. Jarvis
                                    Assistant Attorney General

WEJ/ldw



EXHIBIT 3

500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (217) 785-2771 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (312) 814-3374 • Fax: (312) 814-3806
1001 East Main, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (618) 529-6403 • Fax: (618) 529-6416

```
*****************************************************************
*                                                        P. 01   *
*               TRANSACTION REPORT                               *
*                                           JUL-28-05 THU 11:22 AM*
*                                                                *
* DATE  START    RECEIVER     TX TIME  PAGES TYPE    NOTE     M#  DP*
*----------------------------------------------------------------*
* JUL-28 11:22 AM 913097972167   43"     1   SEND    OK      616  *
*----------------------------------------------------------------*
*                                TOTAL :    43S  PAGES:   1      *
*****************************************************************
```



# OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

July 28, 2005

*VIA FACSIMILE 309-797-2167*
*AND FIRST CLASS MAIL*

Mr. Stephen T. Fieweger
Katz, Huntoon & Fieweger, P.C.
200 Plaza Office Building
P.O. Box 3250
Rock Island, IL 61204-3250

    Re:    **Mark W. Jennings vs. Illinois Department of Corrections**
             **USDC-CD Ill. No. 03-4087**

| | | |
|---|---|---|
| **STATE OF ILLINOIS** | ) | |
| | ) ss. | *Jennings v. IDOC, et al.* |
| **COUNTY OF SANGAMON** | ) | USDC-CD IL 03-4087 |

## AFFIDAVIT

I, Lisa D. Weitekamp, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify, and if called to testify would state as follows:

1. I am a legal secretary for the Office of the Illinois Attorney General, and have been employed in that capacity since April 1, 2004. I am assigned to work for Assistant Attorney General William Jarvis.

2. During the week of July 25, 2005, I made two separate calls to Stephen Fieweger's office requesting copies of Plaintiff's Initial Disclosures and Answers to Defendant's Interrogatories. I left a voice mail for Mr. Fieweger's secretary both times and asked that she fax us the documents as quickly as possible. No response was ever received.

3. On July 28, 2005, I faxed a letter from Mr. Jarvis to Mr. Fieweger requesting the Initial Disclosures and Answers to Defendant's Interrogatories. No response was ever received.

4. After a thorough search of our file and our docketing system for incoming mail, I was unable to locate Plaintiff's Initial Disclosures and Plaintiff's Answers to Defendant's Interrogatories. The only discovery we have in our file from Plaintiff is a Supplemental Response to Interrogatory No. 3 which, according to our docketing system, was received by our office on May 6, 2005.



EXHIBIT B

FURTHER AFFIANT SAYETH NOT.

> Signature redacted pursuant to
> USDC-CDIL Adm.Proc. Rule II(I)(1)(f)
>
> LISA D. WEITEKAMP

Subscribed and sworn to before me this 17th day of August, 2005.

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

```
OFFICIAL SEAL
THERESA M. FLINN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-7-2006
```