UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MARK JENNINGS, | ) |
| | ) |
| Plaintiff, | ) No. 03-CV-4087 |
| | ) |
| v. | ) |
| | ) |
| STATE OF ILLINOIS, by its Departmental | ) |
| Unit, THE ILLINOIS DEPARTMENT | ) |
| OF CORRECTIONS, | ) |
| | ) |
| Defendant. | |

**NOTICE OF ADDRESS CHANGE**

NOW COMES, plaintiff's attorney, Stephen T. Fieweger, and hereby notifies this Court of a change of address for the law firm of Katz, Huntoon & Fieweger, P.C., as follows:

Martin H. Katz
Peter C. Fieweger
Stephen T. Fieweger
John F. Doak
Brian S. Nelson
Thomas E. Cady
Matthew P. Schutte
For:
KATZ, HUNTOON & FIEWEGER, P.C.
1000 - 36th Avenue
P.O. Box 950
Moline, IL 61266-0950
Tel:  309-797-3000
Fax:  309-797-3330

By:   /s/ Stephen T. Fieweger