E-FILED
Monday, 06 February, 2006 04:33:20 PM
Clerk, U.S. District Court, ILCD

and assign employees; to discipline, suspend and discharge for just cause; to relieve employees from duty because of lack of work or other legitimate reasons; to determine the size and composition of the work force, to make and enforce reasonable rules of conduct and regulations; to determine the departments, divisions and sections and work to be performed therein; to determine the number of hours of work and shifts per workweek; to establish and change work schedules and assignments; to introduce new methods of operation; to eliminate, contract, and relocate or transfer work and maintain efficiency.

Section 2. Statutory Obligations

Nothing in this Agreement shall be construed to modify, eliminate or detract from the statutory responsibilities and obligations of the Employer except that the exercise of its rights in the furtherance of such statutory obligations shall not be in conflict with the provisions of this Agreement.

## ARTICLE III

### Non-Discrimination

Section 1. Prohibition Against Discrimination

Both the Employer and the Union agree not to discriminate against any employee on the basis of race, sex, sexual orientation, creed, religion, color, marital or parental status, age, national origin, political affiliation and/or beliefs, nor shall the parties discriminate against any employee with a disability, or for other non-merit factors.

Section 2. Union Activity

The Employer and the Union agree that no employee shall be discriminated against, intimidated, restrained or coerced in the exercise of any rights granted by the Illinois Public Labor Relations Act, Illinois Revised Statutes, Chapter 48, Section 1601 et seq. (P.A. 83-1012) or by this Agreement, or on account of membership or non-membership in, or lawful activities on behalf of the Union.

Section 3. Membership Solicitation

Neither the Union nor its members shall solicit membership during an employee's work time.

Section 4. Equal Employment/Affirmative Action/ADA

The parties recognize the Employer's obligation to comply with federal and state Equal Employment Affirmative Action Laws and the Americans with Disabilities Act.

## ARTICLE IV

### Checkoff/Fair Share

Section 1. Deductions

The Employer agrees to deduct from the pay of those employees who individually request it any or all of the following:

a) Union membership dues, assessments, or fees;
b) Union sponsored credit union contributions;
c) P.E.O.P.L.E. contributions.

Request for any of the above shall be made on a form agreed to by the parties and shall be made within the provisions of the State Salary and

[4]

Annuity Withholding Act and/or other applicable State statutes and/or procedures established by the Comptroller.

An employee who has previously authorized payroll deductions pursuant to this Section shall continue to have such deductions made and shall not be required to reauthorize such deductions unless the employee has specifically authorized revocation of deductions pursuant to Section 2 of this Article or has to re-sign other payroll deduction authorizations.

Upon receipt of an appropriate written authorization from an employee, such authorized deductions shall be made in accordance with law and the procedures of the Comptroller and shall be remitted semi-monthly to the Union in accordance with the current procedures, and at the address designated in writing to the Comptroller by the Union. The Comptroller shall advise the Employer of any increase in dues or other approved deductions in writing at least fifteen (15) days prior to its effective date.

Section 2. Revocation

All employees covered by this Agreement who have signed Union dues checkoff cards for AFSCME prior to the effective date of this Agreement or who signed such cards after such date shall only be allowed to cancel such dues deduction within the prescribed procedures of the Comptroller.

Section 3. Fair Share

Pursuant to Section 3(g) of the Illinois Public Labor Relations Act effective July 1, 1984, the parties agree that the Union certified proportionate share, which shall not exceed the amount of dues uniformly required of members, shall be deducted from the earnings of the non-member employees as their share of the cost of the collective bargaining process, contract administration and the pursuance of matters affecting wages, hours and conditions of employment subject to terms and provisions of the parties' fair share agreement. The amount so deducted shall be remitted semi-monthly to the Union.

Section 4. Indemnification

The Union shall indemnify, defend and hold the Employer harmless against any claim, demand, suit or liability arising from any action taken by the Employer in complying with this Article.

Section 5. Availability of Cards

If the facility or work location supplies revocation cards, it shall also make available Union deduction cards. Such cards shall be supplied by the Union and shall be made available only upon request of the employee.

## ARTICLE V

### Grievance Procedure

Statement of Principle. The parties agree that in order for the grievance procedure to function efficiently and effectively, all grievances must be resolved at the lowest possible level of the Grievance Procedure. Therefore, the parties agree that all persons responsible for resolving grievances at all levels of the procedure shall be vested with sufficient authority to undertake meaningful discussions and to settle the grievance, if appropriate.

In order to reduce the number of grievances advanced to Step 4 of the Grievance Procedure, upon review, if an Agency or a local union is

[5]

found to have a large percentage of its grievances being advanced to the fourth level, a committee made up of representatives of the Union and CMS shall meet and endeavor to determine if all necessary means of resolving the grievances have been exhausted at the lower levels of the grievance procedure. If it is found that all necessary means to resolve a grievance(s) have not been exhausted, the committee will return the grievance(s) to the appropriate lower step for resolution.

### Section 1. Grievance

a) A grievance is defined as any difference, complaint or dispute between the Employer and the Union or any employee regarding the application, meaning or interpretation of this Agreement or arising out of other circumstances or conditions of employment.

*(RC-10 only) — However, grievances arising out of other circumstances or conditions of employment shall not be subject to the arbitration provisions of this Article. Disputes concerning the arbitrability of a grievance, as defined in this Section 1(a) only, shall be determined at an arbitration hearing separate from the hearing to take proof on the merits of the grievance (if such subsequent hearing is required).*

b) Grievances may be processed by the Union on behalf of an employee or on behalf of a group of employees or itself setting forth name(s) or group(s) of the employee(s). Either party may have the grievant or one grievant representing group grievants present at any step of the grievance procedure, and the employee is entitled to union representation at each and every step of the grievance procedure. The resolution of a grievance filed on behalf of a group of employees shall be made applicable to the appropriate employees within that group.

c) Nothing shall diminish the rights of an employee under P.A. 83-1012 or the rights of the Union under this Agreement.

### Section 2. Grievance Steps

#### Step 1: Immediate Supervisor

The employee and/or the Union shall orally raise the grievance with the employee's supervisor who is outside the bargaining unit. The employee shall inform the supervisor that this discussion constitutes the first step of the grievance procedure. All grievances must be presented not later than ten (10) working days from the date the grievant became aware of the occurrence giving rise to the complaint. The immediate supervisor shall render an oral response to the grievance within five (5) working days after the grievance is presented. If the oral grievance is not resolved at Step 1, the immediate supervisor shall sign the written statement of grievance prepared for submission at Step 2 acknowledging discussion of the grievance. In those circumstances where securing the signature of the first level supervisor who is physically not available to sign would have adversely affected a timely submittal to the second level, the grievance will be submitted to the second level without such signature. A copy of the grievance shall subsequently be provided to the first level supervisor for such signature. The parties recognize that variations from the immediate supervisor, where mutually agreeable, may exist.

#### Step 2: Intermediate Administrator

In the event the grievance is not resolved in Step 1, it shall be presented in writing by the Union to the Intermediate Administrator or his/her designee within five (5) working days from the receipt of the answer or the date such answer was due, whichever is earliest. Within

[6]

found to have a large percentage of its grievances being advanced to the fourth level, a committee made up of representatives of the Union and CMS shall meet and endeavor to determine if all necessary means of resolving the grievances have been exhausted at the lower levels of the grievance procedure. If it is found that all necessary means to resolve a grievance(s) have not been exhausted, the committee will return the grievance(s) to the appropriate lower step for resolution.

**Section 1. Grievance**

a) A grievance is defined as any difference, complaint or dispute between the Employer and the Union or any employee regarding the application, meaning or interpretation of this Agreement or arising out of other circumstances or conditions of employment.

*(RC-10 only)* — *However, grievances arising out of other circumstances or conditions of employment shall not be subject to the arbitration provisions of this Article. Disputes concerning the arbitrability of a grievance, as defined in this Section 1(a) only, shall be determined at an arbitration hearing separate from the hearing to take proof on the merits of the grievance (if such subsequent hearing is required).*

b) Grievances may be processed by the Union on behalf of an employee or on behalf of a group of employees or itself setting forth name(s) or group(s) of the employee(s). Either party may have the grievant or one grievant representing group grievants present at any step of the grievance procedure, and the employee is entitled to union representation at each and every step of the grievance procedure. The resolution of a grievance filed on behalf of a group of employees shall be made applicable to the appropriate employees within that group.

c) Nothing shall diminish the rights of an employee under P.A. 83-1012 or the rights of the Union under this Agreement.

**Section 2. Grievance Steps**

**Step 1: Immediate Supervisor**

The employee and/or the Union shall orally raise the grievance with the employee's supervisor who is outside the bargaining unit. The employee shall inform the supervisor that this discussion constitutes the first step of the grievance procedure. All grievances must be presented not later than ten (10) working days from the date the grievant became aware of the occurrence giving rise to the complaint. The immediate supervisor shall render an oral response to the grievance within five (5) working days after the grievance is presented. If the oral grievance is not resolved at Step 1, the immediate supervisor shall sign the written statement of grievance prepared for submission at Step 2 acknowledging discussion of the grievance. In those circumstances where securing the signature of the first level supervisor who is physically not available to sign would have adversely affected a timely submittal to the second level, the grievance will be submitted to the second level without such signature. A copy of the grievance shall subsequently be provided to the first level supervisor for such signature. The parties recognize that variations from the immediate supervisor, where mutually agreeable, may exist.

**Step 2: Intermediate Administrator**

In the event the grievance is not resolved in Step 1, it shall be presented in writing by the Union to the Intermediate Administrator or his/her designee within five (5) working days from the receipt of the answer or the date such answer was due, whichever is earliest. Within

[6]

ten (10) working days after the grievance is presented to Step 2, the Intermediate Administrator shall meet, discuss and attempt to resolve the grievance with the Union. If the parties are unable to resolve the grievance, the Intermediate Administrator shall render a written answer to the grievance within five (5) working days after such discussion is held and provide a copy of such answer to the Union. The written grievance shall be on an agreed upon form which shall be provided by the Union. The written grievance shall contain a statement of the grievant's complaint, the Section(s) of the Agreement allegedly violated, if applicable, the date of the alleged violation and the relief sought. The form shall be signed and dated by the grievant. Improper grievance form, date or section citation shall not be grounds for denial of the grievance.

**Step 3: Agency Head**

If the grievance is still unresolved, it shall be presented by the Union to the Agency Head in writing within fifteen (15) working days after receipt of the Step 2 response or after the Step 2 response is due, whichever is earliest, or within fifteen (15) working days after the Step 1 response, or after the Step 1 response is due, if Step 2 is not applicable. It is agreed that appeals postmarked within the fifteen (15) working days time limit are timely. A copy of said grievance shall also be sent by the local union to the Union's Step 3 representative.

For the Departments of Corrections, Public Aid, DCFS, Revenue, and IDES, the Union shall be represented by a committee in each agency, made up of Union staff and four (4) bargaining unit members. For the Department of Human Services, the Union shall be represented by a committee made up of Union staff and six (6) bargaining unit members. For all other Departments, the Union shall be represented by Union staff and a total of four (4) bargaining unit members representing all other Agencies. Each agency head shall be represented by the agency head or his/her designee.

Agency level grievance meetings shall be convened monthly at a time and place of mutual agreement. The duration of the meeting shall be dictated by the number of grievances pending, but shall be no more than five (5) days per month. After a grievance has been discussed at a Step 3 meeting either party may place the grievance on hold status. There shall only be one hold per grievance and any deviation from same shall be on a case by case basis, following mutual consultation and agreement. If the grievance has been resolved or denied, the parties shall sign the resolution within ten (10) working days.

Attendance at such meetings shall be without loss of pay subject to reasonable attendance requirements. The bargaining unit members of the Committee shall be paid for one-half day travel, if they are traveling from the Chicago area to the Springfield area or equivalent of same. The Committee members will be in paid status the remainder of the work day while and if in preparation for the scheduled grievance meeting. Management reserves the right to verify the use of time for travel and preparation as is stated above.

**Step 4:**

a) If the matter is not resolved at Step 3, the Union, by written notice to the Employer within fifteen (15) working days of the grievance being signed-off by the parties at Step 3, may appeal the grievance(s) to a pre-arbitration staff meeting. It is agreed that appeals postmarked within the fifteen (15) working days time limit are timely.

[7]

Pre-Arbitration Staff Meeting — In an effort to resolve cases listed for arbitration which are capable of resolution, CMS staff and Union staff shall meet on a monthly basis in an attempt to resolve the grievance(s). The duration of the meeting shall be dictated by the number of grievances pending, but shall be no more than five (5) days per month. Such staff shall have full authority to resolve those cases listed for arbitration. If the grievance has been resolved or moved to arbitration by the union, the parties shall sign the resolution within ten (10) working days.

**b) Arbitration**

Expedited

1. The parties agree to use an expedited arbitration system for all non-priority grievances, except as otherwise provided herein. The arbitrator shall be assigned from a designated panel. The arbitrator shall be a member of the Expedited Panel agreed upon by the parties. After the parties have signed the Step 4 resolution moving the grievance to Expedited arbitration, the parties shall arrange a place and date to conduct the hearing within a period of not more than sixty (60) days. Nothing herein precludes multiple cases being heard on the same day before the same arbitrator.
2. If either party concludes that the issues involved are of such complexity or significance as to warrant referral to the Regular Arbitration Panel, that party shall notify the other party of same at least five (5) working days prior to the scheduled time for the expedited arbitration. If there is a cancellation fee, that party shall bear the cost.
3. The hearing shall be conducted in accordance with the following:
   a) the hearing shall be informal;
   b) no briefs shall be filed or transcripts made;
   c) there shall be no formal rules of evidence;
   d) the hearing shall normally be completed within one day;
   e) if the parties mutually agree at the hearing that the issues involved are of such complexity or significance as to warrant reference to the Regular Arbitration Panel, the case shall be referred to that panel and the parties shall split the arbitrator's cost; and
   f) the arbitrator may issue a bench decision at the hearing but in any event shall render a decision within two (2) working days after conclusion of the hearing. Such decision shall be based on the evidence before the arbitrator and shall include a brief written explanation of the basis for such conclusion. An arbitrator who issues a bench decision shall furnish a written copy of the award to the parties within two (2) working days of the close of the hearing.
4. A decision by a member of the Expedited Panel shall be final and binding, except it shall not be regarded as precedent or be cited in any future proceeding.

**Regular Arbitration**

1. Only priority grievances as defined in the MOU on Special Grievances, contract interpretation cases or those other disputes as may be mutually determined by the parties shall be scheduled for Regular Arbitration.
2. In order to avoid loss of available hearing time, the parties may schedule a primary arbitration case and a back-up arbitration case for each day of hearing set before an arbitrator, who shall

[8]

[8]

b) Arbitration

Expedited

1. The parties agree to use an expedited arbitration system for all non-priority grievances, except as otherwise provided herein. The arbitrator shall be assigned from a designated panel. The arbitrator shall be a member of the Expedited Panel agreed upon by the parties. After the parties have signed the Step 4 resolution moving the grievance to Expedited arbitration, the parties shall arrange a place and date to conduct the hearing within a period of not more than sixty (60) days. Nothing herein precludes multiple cases being heard on the same day before the same arbitrator.

2. If either party concludes that the issues involved are of such complexity or significance as to warrant referral to the Regular Arbitration Panel, that party shall notify the other party of same at least five (5) working days prior to the scheduled time for the expedited arbitration. If there is a cancellation fee, that party shall bear the cost.

3. The hearing shall be conducted in accordance with the following:
   a) the hearing shall be informal;
   b) no briefs shall be filed or transcripts made;
   c) there shall be no formal rules of evidence;
   d) the hearing shall normally be completed within one day;
   e) if the parties mutually agree at the hearing that the issues involved are of such complexity or significance as to warrant reference to the Regular Arbitration Panel, the case shall be referred to that panel and the parties shall split the arbitrator's cost; and
   f) the arbitrator may issue a bench decision at the hearing but in any event shall render a decision within two (2) working days after conclusion of the hearing. Such decision shall be based on the evidence before the arbitrator and shall include a brief written explanation of the basis for such conclusion. An arbitrator who issues a bench decision shall furnish a written copy of the award to the parties within two (2) working days of the close of the hearing.

4. A decision by a member of the Expedited Panel shall be final and binding, except it shall not be regarded as precedent or be cited in any future proceeding.

Regular Arbitration

1. Only priority grievances as defined in the MOU on Special Grievances, contract interpretation cases or those other disputes as may be mutually determined by the parties shall be scheduled for Regular Arbitration.

2. In order to avoid loss of available hearing time, the parties may schedule a primary arbitration case and a back-up arbitration case for each day of hearing set before an arbitrator, who shall

Pre-Arbitration Staff Meeting — In an effort to resolve cases listed for arbitration which are capable of resolution, CMS staff and Union staff shall meet on a monthly basis in an attempt to resolve the grievance(s). The duration of the meeting shall be dictated by the number of grievances pending, but shall be no more than five (5) days per month. Such staff shall have full authority to resolve those cases listed for arbitration. If the grievance has been resolved or moved to arbitration by the union, the parties shall sign the resolution within ten (10) working days.

be selected from a permanent regular panel agreed upon by the parties. Each such arbitrator shall commit in advance to a minimum of two dates a month for the calendar year.

3. Unless the parties agree otherwise, the primary arbitration case shall be a priority grievance as defined by the MOU on Special Grievances, unless there are no priority grievances pending at arbitration. The back-up case shall be a contract interpretation case. If the primary case is heard, the back-up case that has been scheduled in conjunction with such case shall be heard as a primary case within forty-five (45) calendar days.

4. In the event the parties settle or the Union withdraws the primary case five (5) working days or more prior to the scheduled arbitration date, the back-up case shall be heard. If the parties settle a case less than five (5) working days prior to the scheduled arbitration date and are unable to agree to schedule the back-up case, the parties shall share the costs of the arbitrator for that date. If an arbitration is postponed within less than two (2) working days of the hearing and the parties are unable to agree to schedule the back-up case, the party responsible for the postponement shall also be responsible for the arbitrator's fees in connection with the postponement. The parties shall make every effort to have the dispute heard at an arbitration hearing to be held within sixty (60) days following the Step 4A signoff.

5. The arbitrator in any given case must render an award therein within thirty (30) days of the close of the record in the case.

c) Arbitration Procedures

Both parties agree to attempt to arrive at a joint stipulation of the facts and issues as outlined to be submitted to the arbitrator.

The Employer or Union shall have the right to request the arbitrator to require the presence of witnesses and/or documents. Each party shall bear the expense of its own witnesses who are not employees of the Employer.

Questions of arbitrability shall be decided by the arbitrator. If a question of arbitrability is raised, the arbitrator must first make a determination of the arbitrability of the dispute unless the issue is of such a nature that a determination cannot be made at the hearing. Once a determination is made that the matter is arbitrable or if such preliminary determination cannot be reasonably made, the arbitrator shall then proceed to determine the merits of the dispute. The arbitrator shall neither amend, modify, nullify, ignore, add or subtract from the provisions of this Agreement.

The expenses and fees of the arbitrator shall be paid by the losing party. In cases of split decisions the arbitrator shall determine what portion each party shall be billed for expenses and fees. The cost of hearing rooms, if any, shall be shared equally. Nothing in this Article shall preclude the parties from agreeing to the appointment of a permanent arbitrator(s) during the term of this Agreement or to use the expedited arbitration procedures of the American Arbitration Association.

The decision and award of the arbitrator shall be final and binding on the Employer, the Union, and the employee or employees involved.

If either party desires a verbatim record of the proceeding (Regular Arbitration only), it may cause such a record to be made, providing it pays for the record and makes a copy available without charge to the arbitrator. If the other party desires a copy it shall pay for the cost of its copy.

[9]

### Section 3. Time Limits

a) Grievances may be withdrawn at any step of the Grievance Procedure without prejudice. Grievances not appealed within the designated time limits will be treated as withdrawn grievances.

b) The time limits at any step or for any hearing may be extended by mutual agreement of the parties involved at that particular step.

c) The Employer's failure to respond within the time limits shall not find in favor of the grievant, but shall automatically advance the grievance to the next steps.

d) If the grievant has filed an appeal with the Civil Service Commission over a subject matter identical to that employee's grievance, the parties agree that the Grievance Procedure will not be applicable and the grievance shall be treated as withdrawn, unless the employee withdraws his/her appeal to the Civil Service Commission prior to a Civil Service Commission hearing being held and the grievance was timely filed and processed by the Union through the contractual grievance procedure.

e) It is understood by the parties that the time limits for filing a grievance on a timely basis for disciplinary action shall begin on the date the employee receives the CMS-2.

### Section 4. Special Grievances/Memorandum of Understanding

Grievances concerning discharge, suspensions pending judicial verdict, demotions, geographical transfers, reclassifications, layoffs, schedule changes pursuant to Article XII, Section 20, and the salary grade placement for new classifications pursuant to Article XXVI, Section 8 shall be processed in accordance with the Memorandum of Understanding.

### Section 5. Number of Representatives and Jurisdictions

The number of Union stewards and the facilities they represent shall be agreed upon locally. The Union shall designate the Union stewards and representatives and shall supply a list of names in writing to the Department of Central Management Services and agency and local level administrators on a quarterly basis. Existing local agreements, except by mutual agreement, shall not be changed.

### Section 6. Time Off, Meeting Space and Telephone Use

a) Time Off: The grievant(s) and/or Union grievance representative(s) will be permitted reasonable time without loss of pay during their working hours to investigate and process grievances. No employee or Union representative shall leave his/her work to investigate, file or process grievances without first notifying and making mutual arrangement with his/her supervisor or designee as well as the supervisor of any unit to be visited, and such arrangements shall not be denied unreasonably. A grievant who is called back on a different shift or on his/her day off as a result of the Employer scheduling a grievance meeting shall have such time spent in the meeting considered as time worked. Witnesses whose testimony is pertinent to the Union's presentation or argument will be permitted reasonable time without loss of pay to attend grievance meetings and/or respond to the Union's investigation. No employee or Union representative shall leave his/her work to investigate, file or process grievances without first notifying and making mutual arrangement with his/her supervisor or designee as well as the supervisor of any unit to be visited, and such arrangements shall not be denied unreasonably. Employees attending grievance meetings shall normally be those having direct involvement in the grievance. The Employer reserves the right to require reasonable documentation of

[10]

Mark Jennings

Discharge for Cause

October 7, 2002

Mark Jennings, employed by the Illinois Department of Corrections, East Moline Correctional Center, in the position of Correctional Officer, is discharged for cause, in that:

- Based on direct evidence, admissions of staff and inmates, C.O. Jennings brought items of contraband into East Moline Correctional Center, from approximately August 1, 2001, through February 24, 2002, in order to trade and traffic this contraband with inmates

This is in violation of Employee Rules #1; D.R. 120, Conduct of an Individual; Section 120.40, Compliance with Laws and Regulations, c; Section 120.30, Conduct of Individuals; DR 120.50, Socializing with Committed Persons; 120.70 Trading and Trafficking; DR 120.100, Violation of Rules; A.D. 03.02.108, Standards of Conduct; and Failure to Report an Offense of Incident, A.D. 01.12.105.

C.O. Jennings has received the following previous discipline:

| Date | Suspension | Reason |
|---|---|---|
| 10/10/01 | Ten Day Suspension | Struck another employee |
| 09/14/01 | Three Day Suspension | Unprofessional Conduct |
| 02/27/91 | One Day Suspension | Struck another employee, (off duty) |
| 02/17/91 | Three Day Suspension | Refusal of Mandatory Overtime |
| 02/07/91 | One Day Suspension | Refusal of Mandatory Overtime |
| 03/09/90 | Five Day Suspension | Miscount/Inmate undetected for several hours |

C.O. Jennings was placed on Suspension Pending Discharge effective September 24, 2002

Due to the serious nature of the subsequent charges against C.O. Jennings, IDOC recommends that he be discharged.



EXHIBIT 3

001029

# AFSCME / State of Illinois
# CONTRACT GRIEVANCE

**PRIORITY** 371184

| | | | |
|---|---|---|---|
| Employee's Name: Mark Jennings | Agency: DOC | AFSCME Local No.: 0046 | Date Raised at Step 1: 10/23/2003 |
| Job Title: Correctional Officer | RC: 006 | Facility or Office: East Moline | |

## STEP 1 - Oral Step
NOT APPLICABLE

_Signature of immediate supervisor acknowledging discussion of grievance._    (DATE)    (Date of Discussion)

## STEP 2 - (To be submitted within 5 work days after supervisor's answer given or due, whichever occurs first.)
**Statement of Grievance** (Include facts of the complaint, sections of the Agreement violated – if applicable, and relief requested):

I grieve that I have been discharged and/or suspended pending discharge without just cause in violation of Article IX and all other pertinent articles and sections of the collective bargaining agreement.

I ask that this action be rescinded and that I be made whole for all wages and benefits deprived me as a result of this unwarranted action taken by the employer.

EMPLOYEE X _____

AFSCME hereby appeals the grievance to Step 2 _____

Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

---

Date received by Intermediate Administrator or Designee _____ (DATE) _____ (INITIALS)

**Answer** (to be given within 15 working days of receipt - use attachment if additional space is required)

Date settlement meeting held _____

NOT APPLICABLE

[Stamp: JAN 2003 RECEIVED CMS LEGAL LABOR RELATIONS]

EXHIBIT 4

001036

Signature _____ Date _____
(Employer Representative)

Signature _____ Date _____
(Union Representative)

☐ Accepted by Union    ☐ Rejected by Union

## STEP 3 - To be submitted to Agency Head (certified mail - return receipt recommended) within 15 working days after Step 2 answer was given or due, whichever occurs first. *Local must send copy to Council 31 (Include fact sheets, information and documentation with Union copy only.)*

AFSCME hereby appeals the grievance to Step 3    Signature _____ Date _____
(Union Representative)

## STEP 4 - To be submitted to Director of Central Management Services within 15 days after Step 3 sign off.

AFSCME hereby appeals the grievance to Step 4.    Signature    Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

591M    DIVISION OF EMPLOYEE AND LABOR RELATIONS COPY