AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Mark Jennings**

        vs.        Case Number: **03-4087**

**State of Illinois Department of Corrections**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment is entered in favor of the defendants and against the plaintiff. Case terminated.

ENTER this 16th day of February, 2006

JOHN M. WATERS, CLERK

_____s/T. Peeples_____
BY:  DEPUTY CLERK