# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## AMENDED

## JUDGMENT IN A CIVIL CASE

**Mark Jennings**

vs.                                                                                    Case Number:   **03-4087**

**State of Illinois Department of Corrections**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  XX **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment is entered in favor of the defendants and against the plaintiff, plus cost of suit.   Case terminated.

ENTER this 16th day of February, 2006

JOHN M. WATERS, CLERK

_____s/T. Peeples_____
BY:  DEPUTY CLERK