APPEAL TO
THE UNITED STATE COURT OF APPEALS
FROM THE SEVENTH CIRCUIT
FROM
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MARK JENNINGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 03 4087 |
| | ) |
| STATE OF ILLINOIS, by its | ) |
| DEPARTMENTAL UNIT, ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff, Mark Jennings, appeals to the United States Court of Appeals for the Seventh Circuit from the Order entered February 16, 2006 granting defendant State of Illinois Department of Corrections' Motion for Summary Judgment.

                              MARK JENNINGS, Plaintiff


                              By: /s/ Stephen T. Fieweger

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
1000 36th Avenue
Moline, IL  61265
Telephone:  309-797-3000
Fax:  309-797-2167
s:\wp\worddoc\11065001.21N

2

## **CERTIFICATION**

      I hereby certify that on February 28, 2006, I electronically filed plaintiff's Notice of Appeal with the clerk of court using the CM/ECF system which will send notification of such filings to the following:

    William E. Jarvis
    Assistant Attorneys General
    500 South Second Street
    Springfield, IL  62706
    E-Mail wjarvis@atg.state.il.us

and I hereby certify that on February 28, 2006, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:  None.

                                                          /s/Stephen T. Fieweger