## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois         Docket No.: 03-4087

Division: Rock Island

### Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)

Mark Jennings     v.     State of Illinois, by its Departmental Unit, The Department of Corrections

---

**Current Counsel for Plaintiff (Petitioner):**     **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Stephen T Fieweger                Name: William E Jarvis

Firm: KATZ HUNTOON & FIEWEGER           Firm: ILLINOIS ATTORNEY GENERAL

Address: 1000 36th Street               Address: 500 S Second Street

Moline, IL  61265                       Springfield, IL  62706

Phone: (309) 797-3000                   Phone: (217) 785-4555

---

Judge: Michael M Mihm                   Nature of Suit Code:  442

Court Reporter: Karen Hanna             Date Filed in District Court:  12/18/2003

                                        Date of Judgment: 02/16/2006

                                        Date of Notice of Appeal: 02/28/2006

Counsel:   ___Appointed     ___Retained     ___Pro Se

Fee Status:   _X_ Paid     ___Due     ___IFP     ___IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes     _X_ No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**