UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| | | |
|---|---|---|
| GINO J. AGNELLO<br>CLERK | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |

**FILED**

MAR 0 8 2006

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

```
Appellate Court No.:   06-1637              Docketed on: 3/3/06
Short Caption:         Jennings, Mark v. State IL DOC
District Court Judge:  Michael M. Mihm
District Court No.:    03 C 4087
```

If you have any questions regarding this appeal, please call this office.

(1003-012490)