No. 06-1637

UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MARK JENNINGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 03 4087 |
| | ) |
| STATE OF ILLINOIS, by its | ) |
| DEPARTMENTAL UNIT, ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**DOCKETING STATEMENT**

Plaintiff/Appellant, Mark Jennings, by his attorneys, Katz, Huntoon, & Fieweger, P.C., submits the following Docketing Statement pursuant to Circuit Rule 3(c)(1):

1. Lead counsel for appellant, Mark Jennings, is: Stephen T. Fieweger, 1000 36th Avenue, Moline, IL 61265, 309-797-3000, facsimile 309-797-2167.

2. There has been no prior or related Appellate Court proceeding in this case.

3. This is an employment matter alleging National origin discrimination, and as such there has been no prior District Court litigation arising out of any criminal conviction or which has been designated by the District Court as satisfying the criteria of 28 U.S.C. Section 1915(a). This case does not involve a collateral attack on a criminal conviction.

4. None of the parties to this litigation appears in an official capacity.

5. Jurisdiction in the District Court was based upon 42 U.S.C. § 2000-e, *et seq.*, and 29 U.S.C. § 1331.

2

6. On February 16, 2006, the District Court granted defendant State of Illinois' Motion for Summary Judgment. Plaintiff timely filed his Notice of Appeal from the February 16, 2006 order on February 28, 2006. Said Notice was filed within 30 days from the February 16, 2006 Order. There are currently no matters pending in front of the District Court.

MARK JENNINGS, Plaintiff

By: /s/ Stephen T. Fieweger

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
1000 36th Avenue
Moline, IL  61265
Telephone:  309-797-3000
Fax:  309-797-2167
s:\wp\worddoc\11065001.22d

**CERTIFICATION**

I hereby certify that on March 8, 2006, I electronically filed plaintiff's Docketing Statement with the clerk of court using the CM/ECF system which will send notification of such filings to the following:

William E. Jarvis
Assistant Attorneys General
500 South Second Street
Springfield, IL  62706
E-Mail wjarvis@atg.state.il.us

and I hereby certify that on March 8, 2006, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:  None.

/s/Stephen T. Fieweger

s:\wp\worddoc\11065001.22D