# United States District Court

**CENTRAL** DISTRICT OF **ILLINOIS**

MARK JENNINGS,

        Plaintiff,

V.

ILLINOIS DEPARTMENT OF CORRECTIONS,

        Defendant.

## BILL OF COSTS

Case Number: 03-4087

Judgment having been entered in the above entitled action on __2-15-06__ (Date) against __Plaintiff__, the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---:|
| Fees of the Clerk | |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $403.05 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL** | **$403.05** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Stephen Fieweger, Katz, Huntoon & Fieweger, P.C., 200 Plaza Office Building, P.O. Box 3250, Rock Island, IL 61204-3250

Signature of Attorney: s/William E. Jarvis

Name of Attorney: William E. Jarvis, Assistant Attorney General

For: Defendant, Illinois Department of Corrections     Date: 3-15-06
     Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgement.

By: _____

Clerk of Court     Deputy Clerk     Date

# PAOLETTI & ASSOCIATES
## Certified Shorthand Reporters
### EIN # 37-1375816

Phone: (309) 343-7800  
(888) 592-7800

2101 Windish Drive, Box #10  
Galesburg, Illinois 61401

**STATE OF ILLINOIS**  
**OFFICE OF THE ATTORNEY GENERAL**  
**WILLIAM E. JARVIS, ESQ.**  
500 S. Second Street  
Springfield, Illinois  62708

DATE  November 18, 2004

CODE  04436

PLEASE RETURN COPY OF THIS STATEMENT WITH REMITTANCE

IN RE:  MARK W. JENNINGS VS DEPARTMENT OF CORRECTIONS.  The deposition of **Mark Jennings,** taken on November 8, 2004, in Rock Island, Illinois.  
**Case No.  03-4087**

Original Transcript  
& Per Diem  
If paid by December 18, 2004, pay $373.05

$403.05

***THANK YOU FOR YOUR BUSINESS***

Accounts over 30 days are subject to a service charge of 1.5% per month.

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 15, 2006, I electronically filed the foregoing Bill of Costs with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

>Stephen T. Fieweger
>Katz, Huntoon & Fieweger, P.C.
>200 Plaza Office Building
>P.O. Box 3250
>Rock Island, IL 61204-3250
>sfieweger@katzlawfirm.com

and I hereby certify that on March 15, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

>None

>Respectfully Submitted,
>/s/ William E. Jarvis
>William E. Jarvis, #6207097
>Assistant Attorney General
>500 South Second Street
>Springfield, Illinois  62706
>Telephone:  (217) 785-4555
>Facsimile:  (217) 524-5091
>E-Mail: wjarvis@atg.state.il.us