E-FILED
Wednesday, 15 March, 2006  03:41:04 PM
Clerk, U.S. District Court, ILCD

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | *Mark Jennings v. Illinois Dept of Corrections*, |
| | ) ss. | USDC-CDIL 03-4087 |
| COUNTY OF SANGAMON | ) | |

## AFFIDAVIT

I, William E. Jarvis, having first been duly sworn upon oath, do hereby depose and state:

1. I am of legal age and would be competent to testify in the matters and things set forth herein if called as a witness in this cause.

2. I was the Assistant Attorney General assigned to represent Defendant, Illinois Department of Corrections, in the case entitled *Nicholas Restaino v. Illinois State Police, et al.*, USDC-CDIL Case No. 03-4087.

3. The deposition transcript was used in preparing for this cause, and was necessary to address the issues that were pending at the time the deposition was taken.

4. The aforementioned cost was necessarily incurred in this case and the service for which fees have been charged was actually and necessarily performed.

5. I have knowledge of the foregoing paragraphs, and they are true and accurate to the best of my belief.

FURTHER AFFIANT SAYETH NOT.

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

_____
William E. Jarvis

Subscribed and sworn to before me
this 15th day of March, 2006.

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Notary Public