AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Monday, 03 April, 2006 01:47:50 PM
Clerk, U.S. District Court, ILCD

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

## AMENDED
## JUDGMENT IN A CIVIL CASE

**Mark Jennings**

vs.                                                              Case Number:    **03-4087**

**State of Illinois Department of Corrections**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that summary judgment is entered in favor of the defendants and against the plaintiff plus costs of suit in the amount of $403.05.--------------------------------------------------------

ENTER this 3rd day of April, 2006

JOHN M. WATERS, CLERK

_____
BY:  DEPUTY CLERK