E-FILED
Tuesday, 16 January, 2007  01:21:36 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| MARK JENNINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-CV-4087 |
| | ) | |
| STATE OF ILLINOIS, by its | ) | |
| Departmental Unit, THE ILLINOIS | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW RECORD ON APPEAL

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby moves to withdraw the record in order to assist in preparing its brief on appeal. It is requested that the record be forwarded to Assistant Attorney General Mary Welsh, Civil Appeals Bureau, 100 W. Randolph, Chicago, Illinois, 60601, who will be responsible for signing any receipts and returning the record.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS,
    Defendant,
LISA MADIGAN, Attorney General,
State of Illinois,
    Attorney for Defendant,

By:   /s/Karen L. McNaught
       Karen L. McNaught, #6200462
       Assistant Attorney General
       Office of the Attorney General
       500 South Second Street
       Springfield, IL 62706
       217/782-1841
       kmcnaught@atg.state.il.us

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MARK JENNINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 03-CV-4087 |
| ) | |
| STATE OF ILLINOIS, by its ) | |
| Departmental Unit, THE ILLINOIS ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2007, I presented the foregoing Motion to Withdraw Record on Appeal to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

>  Stephen T. Fieweger
>  Katz, Huntoon & Fieweger, P.C.
>  200 Plaza Office Building
>  P.O. Box 3250
>  Rock Island, IL 61204-3250
>  sfieweger@katzlawfirm.com

and I hereby certify that on January 16, 2007, I have mailed by United States Postal Service, the document to the following nonregistered participant:

>  Respectfully submitted,
>
>  /s/Karen L. McNaught
>  Karen L. McNaught, #6200462
>  Assistant Attorney General
>  Attorney for Defendant
>  Office of the Attorney General
>  500 South Second Street
>  Springfield, IL 62706
>  217/782-1841
>  kmcnaught@atg.state.il.us