

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 19TH STREET
ROCK ISLAND, ILLINOIS 61201

TEL: 309.793.5778
FAX: 309.793.5878

Re: Case No. 03-4087 CDIL
           06-1637 USCA

Dear Attorney: Ms. Mary Welsh, Asst Attorney General

Enclosed please find the Appeal Record for the above captioned case consisting of:

| | |
|---|---|
| __2__ | Volumes of Pleadings |
| _____ | Volumes of Transcripts |
| _____ | Volumes of Depositions |
| _____ | Loose Pleadings |
| _____ | Other |

Any trial exhibits in this case will be included in the record on appeal and sent to the Court of Appeals with the record. They may be viewed by any party in the Clerk's Office but are not allowed to be sent to attorneys, in accordance with FRAP 11(e).

If there are any sealed or in camera documents in this case, they will also accompany the record sent to the Court of appeals.

**After reviewing this record return it directly to our office.**

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,

   s/Tina M. Peeples
Deputy Clerk

This is to acknowledge receipt of the Appeal Record On _____

_____