

| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | CENTRAL DISTRICT OF ILLINOIS<br><br>OFFICE OF THE CLERK<br>40 POST OFFICE BUILDING<br>211 19TH STREET<br>ROCK ISLAND, ILLINOIS 61201 | TEL: 309.793.5778<br>FAX: 309.793.5878 |

**FILED**

JAN 2 4 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Re: Case No. 03-4087 CDIL
         06-1637 USCA

Dear Attorney: Ms. Mary Welsh, Asst Attorney General

Enclosed please find the Appeal Record for the above captioned case consisting of:

    __2__     Volumes of Pleadings
    _____     Volumes of Transcripts
    _____     Volumes of Depositions
    _____     Loose Pleadings
    _____     Other

Any trial exhibits in this case will be included in the record on appeal and sent to the Court of Appeals with the record. They may be viewed by any party in the Clerk's Office but are not allowed to be sent to attorneys, in accordance with FRAP 11(e).

If there are any sealed or in camera documents in this case, they will also accompany the record sent to the Court of appeals.

**After reviewing this record return it directly to our office.**

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,

  s/Tina M. Peeples
Deputy Clerk

This is to acknowledge receipt of the Appeal Record On __22 JAN 06__