**E-FILED**
Thursday, 25 January, 2007  09:43:20 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| MARK JENNINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  03-CV-4087 |
| | ) | |
| STATE OF ILLINOIS, by its | ) | |
| Departmental Unit, THE ILLINOIS | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

_____Now comes the defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by its attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby gives notice to this Court, counsel and all other parties herein that Assistant Attorney General Karen L. McNaught will hereafter be appearing as counsel for the defendant, substituting Assistant Attorney General William E. Jarvis.  Copies of all pleadings, memoranda, correspondence, notices, orders, and other material related to this cause should hence forward be sent to the undersigned at the address set forth below.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS,
Defendant,
LISA MADIGAN, Attorney General,
State of Illinois,
Attorney for Defendant,

By:     /s/Karen L. McNaught_____
Karen L. McNaught, #6200462
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, IL 62706
217/782-1841
kmcnaught@atg.state.il.us

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

MARK JENNINGS,                          )
                                        )
                Plaintiff,              )
                                        )
v.                                      )         No.  03-CV-4087
                                        )
STATE OF ILLINOIS, by its               )
Departmental Unit, THE ILLINOIS         )
DEPARTMENT OF CORRECTIONS,              )
                                        )
                Defendant.              )

                    **CERTIFICATE OF SERVICE**

        I hereby certify that on January 25, 2007, I presented the foregoing Notice of

Substitution of Counsel to the Clerk of the Court for filing and uploading to the CM/ECF

system which will send notification of such filing to the following:

                        Stephen T. Fieweger
                        Katz, Huntoon & Fieweger, P.C.
                        200 Plaza Office Building
                        P.O. Box 3250
                        Rock Island, IL 61204-3250
                        sfieweger@katzlawfirm.com

and I hereby certify that on January 25, 2007, I have mailed by United States Postal

Service, the document to the following nonregistered participant:

                        Respectfully submitted,

                         /s/Karen L. McNaught____
                        Karen L. McNaught, #6200462
                        Assistant Attorney General
                        Attorney for Defendant
                        Office of the Attorney General
                        500 South Second Street
                        Springfield, IL 62706
                        217/782-1841
                        kmcnaught@atg.state.il.us