

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

TEL: 309.793.5778
FAX: 309.793.5878

**FILED**
MAR 28 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

March 23, 2007

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

**06-1637**

RE:         Mark Jennings
USDC Docket No.    03-4087

U.S.C.A. – 7th Circuit
**FILED**
MAR 26 2007  DP
GINO J. AGNELLO
CLERK

Dear Mr. Agnello:

    I am sending you herewith the original/~~supplemental~~ (delete inapplicable entry) record on appeal. It consists of the following:

    **2 Volumes of Pleadings**

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

    Very truly yours,

    JOHN M. WATERS, CLERK

    BY:_____s/T. Peeples_____
          Deputy Clerk

03-4087 Jennings Long Rec on Appeal transmitted 032307.wpd