# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

JUDGMENT - WITH ORAL ARGUMENT

Date: August 2, 2007

**BEFORE:**      Honorable WILLIAM J. BAUER, Circuit Judge

Honorable RICHARD D. CUDAHY, Circuit Judge

Honorable JOEL M. FLAUM, Circuit Judge

No. 06-1637

MARK JENNINGS,
        Plaintiff - Appellant

  v.

STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS,
        Defendant - Appellee

Appeal from the United States District Court for the
Central District of Illinois
No. 03 C 4087, Michael M. Mihm, Judge

CERTIFIED COPY
A True Copy:
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit

    The judgment of the District Court is AFFIRMED, with costs,
in accordance with the decision of this court entered on this date.


(1061-110393)